**FILED**

**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Verification**

I, ROBERT WINGO, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2008.

_Robert L. Wingo_
ROBERT WINGO

PH

**08 C 368**

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE SCHENKIER**