| | |
|---|---|
| **PII, PROCESS DIVISION (PII)** <br> 1337 W. WABASH AVENUE <br> SPRINGFIELD, IL, 62704    Phone (217)-483-8845    Fax (217)-483-5491 | Tax ID 20-4344695 |

**Customer**
LISA KANE & ASSOCIATES,
120 S LASALLE STREET 1420
CHICAGO, IL, 60603          Phone: (312)-606-0383   Fax: (312)-606-0765

### Invoice#   19138
Date Of Invoice:   1/24/2008

**Plaintiff:** ROBERT G WINGO
**Court CaseID:** 08C368       **Firm#** KANE       **Case Returned Date:** 1/22/08
**Process Server:** JOHN J PENNELL              **ProcessType:** SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| **Defendant:#1** THYSSENKRUPP MATERIALS NA, INC | **Type Of Service:** CORPORATE SERVICE | |
| **Person Served:** HOLLY BLANKENSHIP, REG AGNT | **Date Of Service:** 1/22/2008 | **Time:** 3:08 PM |
| **Sex** FEMALE  **Age** 28   **Height** 507   **Build** MEDIUM | **Hair Color** BLK | **Race** WHITE |

| | | |
|---|---|---|
| **Defendant:#2** | **Type Of Service:** | |
| **Person Served:** | **Date Of Service:** | **Time:** |
| **Sex**   **Age**   **Height**   **Build** | **Hair Color** | **Race** |

**Location** 801 ADLAI STEVENSON DRIVE, SPRINGFIELD, IL,   **Type Of Premise:**

| | | | |
|---|---|---|---|
| Delivery Charge | $45.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $0.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $0.00 |

**Payment Received Date:** 1/22/2008     **Total:** $45.00     **Check No** 8325

PAID IN FULL
P.II., Inc.
Date 1/22/08

THE INFORMATION IS DEEMED RELIABLE BUT IS NOT GUARANTEED.
PAYMENT UPON RECIEPT. THERE WILL BE A LATE CHARGE APPLIED AT THE RATE OF 9% PER



JAN 28 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ROBERT G. WINGO, Plaintiff,

V.

THYSSENKRUPP MATERIALS NA,
INC., d/b/a COPPER AND BRASS
SALES, Defendant.

CASE NUMBER: **08 C 368**

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE SCHENKIER**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

THYSSENKRUPP MATERIALS NA, INC., d/b/a COPPER AND BRASS SALES
c/o Illinois Corporation Service C, Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

January 16, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

   Executed on _____     _____
                  Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | | |
|---|---|---|---|
| ClientCaseID: | KANE   19138 | CaseReturnDate: | 1/22/08 |

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **08C368**

I, **JOHN J PENNELL**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY ACT LICENSE NUMBER #117-000697

### CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS IN A CIVIL CASE**
ON THE WITHIN NAMED DEFENDANT **THYSSENKRUPP MATERIALS NA, INC**
PERSON SERVED **HOLLY BLANKENSHIP, REG AGNT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/22/08**

That the sex, race and approximate age of the whom I left the **SUMMONS IN A CIVIL CASE** are as follow:

**Sex** FEMALE  **Race** WHITE  **Age** 28  **Height** 507  **Build** MEDIUM  **Hair** BLK

LOCATION OF SERVICE **801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL, 62703**

Date Of Service **1/22/08**    Time of Service **3:08 PM**

JOHN J PENNELL    1/24/2008
**A PRIVATE INVESTIGATOR**
P.E.R.C. #129-205690

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.