IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT G. WINGO,<br><br>      Plaintiff,<br><br>vs.<br><br>THYSSENKRUPP MATERIALS NA, INC.,<br>d/b/a COPPER AND BRASS SALES,<br><br>      Defendant. | )<br>)<br>)<br>)  Case No. 1:08-CV-00368<br>)<br>)  Honorable Samuel Der-Yeghiayan<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S LOCAL RULE 3.2
CORPORATE DISCLOSURE STATEMENT**

ThyssenKrupp Materials, N.A., Inc., d/b/a Copper and Brass Sales ("Copper and Brass"), submits its Corporate Disclosure Statement pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois.

Copper and Brass states that its proper identity is ThyssenKrupp Materials, N.A., Inc., and that it has no parent corporations. Copper and Brass further states that no publicly held company owns 5% or more of ThyssenKrupp Materials, N.A., Inc. stock.

Dated: February 11, 2008

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Russell S. Linden
Russell S. Linden, Esq. (P34863)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7466

By: /s/ Jeffrey S. Piell
Jeffrey S. Piell
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661
(312) 715-5216
jpiell@quarles.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that on February 11, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Lisa Kane, Esq.
        Lisa Kane & Associates, P.C.
        120 South LaSalle Street, Suite 1420
        Chicago, IL 60603
        Email: lisakane@sbcglobal.net

        */s/ Jeffrey S. Piell*