FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT G. WINGO,** | |
| Plaintiff, | NO. 08 C 368 |
| v. | Hon. Samuel Der-Yeghiayan<br>Judge Presiding |
| **THYSSENKRUPP MATERIALS NA, INC.,**<br>d/b/a COPPER AND BRASS SALES, | Magistrate Judge Schenkier |
| Defendant. | |

## NOTICE OF FILING

TO:  Jeffrey S. Piell, Esquire
      Quarles & Brady, LLP
      500 West Madison Street, Suite 3700
      Chicago, Illinois 60661-2511

      Please take notice that the 20th day of February, 2008, the Joint Initial Status Report was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                                  s/ Lisa Kane
                                                    Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 20th day of February, 2008, before the hour of 5:30 P.M.

                                                  s/ Lisa Kane