IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT G. WINGO, | |
| Plaintiff, | NO. 08 C 368 |
| v. | Hon. Samuel Der-Yeghiayan<br>Judge Presiding |
| THYSSENKRUPP MATERIALS NA, INC.,<br>d/b/a COPPER AND BRASS SALES, | Magistrate Judge Schenkier |
| Defendant. | |

## JOINT JURISDICTIONAL STATUS REPORT

NOW COME the Plaintiff, ROBERT G. WINGO, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, THYSSENKRUPP MATERIALS NA, INC., d/b/a COPPER AND BRASS SALES, by JEFFREY S. PIELL of QUARLES & BRADY LLP, and submit the following Joint Jurisdictional Status Report pursuant to this Court's Order of February 15, 2008.

I.  Subject Matter Jurisdiction:

This action is brought pursuant to the Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621 et seq. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343(a)(3) and (4) and 28 U.S.C. § 1331. Declaratory relief is sought under 28 U.S.C. §§ 2201 and 2202.

II.  Venue (Plaintiff's Position)

Plaintiff resides in Rolling Meadows (Cook County), Illinois. Plaintiff was employed by Defendant at its location in Schaumburg (Cook County), Illinois.

| ROBERT G. WINGO, | THYSSENKRUPP MATERIALS NA, INC., d/b/a COPPER AND BRASS SALES, |
|---|---|
| s/ Lisa Kane | s/ Jeffrey S. Piell |
| By: LISA KANE | By: JEFFREY S. PIELL |
| LISA KANE AND ASSOCIATES | QUARLES & BRADY, LLP |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| 120 SOUTH LA SALLE STREET | 500 WEST MADISON STREET |
| SUITE 1420 | SUITE 3700 |
| CHICAGO, ILLINOIS 60603 | CHICAGO, ILLINOIS 60661-2511 |
| (312) 606-0383 | (312) 715-5216 |
| Attorney Code No. 06203093 | ATTORNEY CODE NO. 06208138 |