# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Robert G. Wingo

                        Plaintiff,

v.                                            Case No.: 1:08−cv−00368
                                                  Honorable Samuel Der−Yeghiayan

Thyssenkrupp Materials NA, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 06/18/08 at 9:00 a.m. All discovery shall be noticed in time to be completed by 06/16/08. Dispositive motions are to be filed by 07/18/08. Responses to the dispositive motions, if any, are to be filed by 08/01/08 and replies, if any, are to be filed by 08/08/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.