UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Robert G. Wingo
                          Plaintiff,

v.                                         Case No.: 1:08−cv−00368
                                                         Honorable Samuel Der−Yeghiayan

Thyssenkrupp Materials NA, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 09/24/08 at 9:00 a.m. All other dates previously set are to stand. If the parties believe a settlement conference with the Court would be useful, counsel shall follow Judge Der−Yeghiayan's settlement conference procedures as outlined on this Court's web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.