IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT G. WINGO,<br><br>                    Plaintiff,<br><br>v.<br><br>THYSSENKRUPP MATERIALS NA, INC.,<br>d/b/a COPPER AND BRASS SALES,<br>                    Defendant. | No. 08 CV 0368<br><br>Hon. Samuel Der-Yeghiayan<br> Judge Presiding<br><br>Magistrate J. Schenkier |

**PLAINTIFF'S MOTION TO SCHEDULE SETTLEMENT CONFERENCE**

    Plaintiff, ROBERT G. WINGO, by his counsel, LISA KANE & ASSOCIATES, P.C., respectfully requests this Honorable Court to schedule a settlement conference in this matter. In support thereof, Plaintiff states as follows:

    1.    On January 16, 2008, Plaintiff filed this employment discrimination case alleging that he was subjected to discrimination based on his age in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq.

    2.    The parties have completed discovery, and both Plaintiff and Defendant are interested in resolving this matter.

    3.    Counsel for the parties believe that judicial assistance would be beneficial, in hopes of reaching an amicable resolution to this matter.

    4.    Following the offer of this Court's assistance, calls have been made by both Plaintiff's and Defendant's counsel to this Court in an attempt to schedule a conference at the convenience of this Court.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to schedule a settlement conference in this matter before this Court.

                Respectfully submitted,
                ROBERT G. WINGO, Plaintiff,


              By s/Lisa Kane
                Lisa Kane, Attorney for Plaintiff


LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, IL 60603
(312) 606-0383
Attorney Code No. 06203093