# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert G. Wingo

                          Plaintiff,

v.                                     Case No.: 1:08–cv–00368

                                     Honorable Samuel Der–Yeghiayan

Thyssenkrupp Materials NA, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

       MINUTE entry before the Honorable Samuel Der–Yeghiayan: Counsel for Plaintiff advised this Court's Courtroom Deputy that the Defendant does not wish to participate in a settlement conference with the Court at this time. Therefore, Plaintiff';s request to withdraw his motion for settlement conference [22] is granted. All dates previously set are to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.