IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT G. WINGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:08:CV-00368 |
| | ) | |
| THYSSENKRUPP MATERIALS NA, INC., | ) | Honorable Samuel Der-Yeghiayan |
| d/b/a COPPER and BRASS SALES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPENDIX OF EXHIBITS CITED IN DEFENDANT'S LOCAL RULE 56.1(a) STATEMENT OF UNDISPUTED MATERIAL FACTS[1]**

| Exhibit | Description |
|---|---|
| A | Complaint |
| B | Randy Lunt Deposition |
| C | Robert Wingo Deposition |
| D | Pete LaRocco Deposition |
| E | Mario Alvarez Deposition |
| F | Mark Demien Deposition |
| G | Patrick Bishop Deposition |
| H | Collective Bargaining Agreement |
| I | Job Description |
| J | Randy Lunt Affidavit |
| K | Daily Production Log Policy |

---

[1] Deposition exhibits will include only cited portions thereof.

| | |
|---|---|
| L | Copper and Brass Work Rules |
| M | Plaintiff's Pre-2007 Disciplinary Records |
| N | Plaintiff's Termination Grievance |
| O | Plaintiff's June 22, 2007 Discipline |
| P | Plaintiff's October 4, 2007 Discipline |
| Q | Plaintiff's October 10, 2007 Discipline |
| R | Plaintiff's November 8, 2007 Discipline |
| S | Plaintiff's November 19, 2007 Discipline |
| T | Plaintiff's November 30, 2007 Discipline |
| U | Selected November 2007 Daily Production Logs |
| V | Annotated November 2007 Daily Production Logs |
| W | Plaintiff's December 3, 2007 Termination Record |
| X | Herrera and Alvarez Discipline |

Respectfully submitted,

DATED: July 18, 2008

THYSSENKRUPP MATERIALS NA, INC.,
d/b/a Copper and Brass Sales, Inc.

By:  /s Russell S. Linden
       One of its Attorneys

Russell S. Linden
Admitted *pro hac vice*
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226
(313) 465-7466

Jeffrey S. Piell, Esq.
Quarles & Brady LLP
500 West Madison Street, Suite 3700

2

Chicago, IL 60661
(312) 715-5000

## CERTIFICATE OF SERVICE

RUSSELL S. LINDEN states that on July 18, 2008, he caused a copy of **Appendix of Exhibits Cited in Defendant's Local Rule 56.1(a) Statement of Undisputed Material Facts,** along with this **Certificate of Service**, to be served via the electronic notification system of the United States District Court for the Northern District of Illinois Eastern Division to the e-mail address listed below:

Lisa Kane, Esq.
Lisa Kane & Associates, P.C.
lisakane@sbcglobal.net

                                                    s/Russell S. Linden
                                                    RUSSELL S. LINDEN

DETROIT.3210318.1