# EXHIBIT I


EXHIBIT
Lunt 6
5/29/08 PA

# General Warehouse
## Corporate Job Description

**1.0  Job Description:**
Accurately remove and restock Copper and Brass Sales product, customer's product, and various supplies into and out of stock. Ensure that all inventory is maintained in a neat and organized condition and that the warehouse area remains clean and orderly. Accurately select product to fill customer orders and package them properly. Complete all required paperwork. Perform all duties in a safe and reliable manner.

**2.0  Job Responsibilities:**
- Assist in filling and packaging orders and completing the paperwork per written instructions, when required.
- Operate cranes, forklifts, and other material handling equipment.
- Load and unload trucks and verify that correct items are loaded and unloaded.
- Remove and put away stock from various operations
- Properly enter/delete material identification tags per written instructions
- Perform general clean-up
- Assist machine operators with various functions
- Build/ repair skids
- Break up and dispose of damaged, unusable skids
- Maintain issued measurement equipment in working condition
- Properly operate weighing scale and record inspection measurements
- Operate UPS tracking system, where available.
- Assist in any activities related to lean and/or quality.

The above is intended to describe the general content of and requirement for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

**3.0  Job Qualifications:**

<u>Minimum Requirements</u>: The ability to read and write, ability to lift and carry up to 70 lbs 100 feet, ability to perform basic math skills

<u>Preferred requirements</u>:
- High school diploma or GED, previous warehouse experience, use of hand held measuring tools, and computer literate.

**4.0  Job Competency Requirements:**
- <u>Job Knowledge</u> – demonstrates good understanding of job skills and related knowledge; exhibits the ability to learn and apply new skills; requires minimal supervision; demonstrates the understanding how his/her job relates to others; utilizes resources effectively
- <u>Quality</u> – demonstrates accuracy and thoroughness in daily work; demonstrates commitment to excellence; applies feedback to improve performance; monitors own work to ensure quality
- <u>Quantity</u> – meets productivity standards and goals; completes work in a timely manner; works to increase productivity

- <u>Judgment</u> – demonstrates the ability to make timely and accurate judgments; is willing to make decisions and is able to support and explain reasons for decisions; includes appropriate personnel in the decision making process.
- <u>Adaptability</u> – adapts to changes in the work environment; ability to manage competing demands; accepts criticism and feedback; changes approach or method to best fit the situation
- <u>Dependability</u> – shows the ability to follow directions and respond to management direction; takes responsibility for own actions; demonstrates a commitment to do the best job possible; meets attendance and punctuality guidelines; responds to requests for service and assistance
- <u>Communication</u> – demonstrates the ability to communicate verbally and in written form effectively; exhibits good listening skills; keeps others adequately informed.
- <u>Teamwork</u> – demonstrates the ability to balance team and individual responsibilities; exhibits objectivity and openness to others' views; able to give and receive feedback; puts success of team above own interests; and contributes to building a positive team attitude.
- <u>Problem Solving</u> – identifies and resolves problems in early stages; gathers and analyzes information skillfully; develops alternative solutions; works well in group problem solving situations.
- <u>Customer Service</u> – displays courtesy and sensitivity to others; demonstrates the ability to manage difficult or emotional customer situations; meets commitments; responds promptly to customer concerns; solicits customer feedback to improve service.
- <u>Cooperation</u> – offers assistance and support to co-workers; works cooperatively in group situations; displays positive outlook and pleasant manner.
- <u>Safety & Security</u> – observes safety and security procedures; uses equipment and material properly; reports potentially unsafe conditions.
- <u>Attendance & Punctuality</u> – schedules time off in advance; begins work at scheduled time; keeps absences within guidelines; ensures work responsibilities are covered when absent; arrives at meetings and appointments on time
- <u>Personal Appearance</u> – keeps self well groomed.

\* General Warehouse Signature   - Date       \* Trainer Signature - Date

\*Signature is to be obtained once employee has reviewed job description. Copy of signed job description is to be retained in individuals training records