# EXHIBIT K

## Daily Production Log

Each employee responsible for processing or packaging work orders must fill out a Daily Production Log. Each employee must fill in the date, the shift, the work station, the start time and his name on the Daily Production Log. After the completion of each work order the employee must fill in the work order number, the number of pieces, the weight, any comments, and the completion or stop time. The completion time of a work order will be used as the start time of the next work order unless noted in the comment column. Work orders should be listed only once. The total pieces and pounds processed or packed must be provided at the bottom of the column.



C&B-Wingo00683