# EXHIBIT L

# COPPER AND BRASS SALES, INC.

## CHICAGO BRANCH
### As of January 1996

## WORK AND SAFETY RULES
### PER ACTICLE 3.1

The following rules and regulations, and the action to be taken for the violation of these rules, are placed into effect by **Copper and Brass Sales, Inc., Chicago,** so that all employees will know the general standards of conduct and work performance expected of them when carrying out Company business. The list is not all inclusive, and as situations arise in the future, said situations will be categorized accordingly.

These rules are not solely published for the purpose of assigning disciplinary action, but to define the expected and acceptable conduct of the **Copper and Brass Inc., Chicago,** warehouse employees. It is the desire of all to have a smooth, safe, functioning warehouse and these rules are intended to insure such an atmosphere exists for all.

**Copper and Brass Sales , Inc.**
**Management Team**

## * SUBJECT TO CHANGE



EXHIBIT
Lunt 5
5/20/08 Po

C&B-Wingo00674

All work and safety rules are given a category letter, A, B, C, or D. This letter designates the relative importance of said rule. Any violation of the rule will warrant action on the part of management as described below:

| CATEGORY | DESCRIPTION | VIOLATION-ACTION |
|---|---|---|
| A | General Work Rule/ Safety Rule | 1st - Oral Warning<br>2nd - Written Warning<br>3rd - 3 day suspension |
| B | Minor Work Rule/ Safety Rule | 1st - Written Warning<br>2nd - 3 day suspension<br>3rd - Termination |
| C | Intermediate Work Rule/ Safety Rule | 1st - 3 day suspension<br>2nd - Termination |
| D | Major Work Rule/ Safety Rule | 1st - Termination |

\*     Violations of the work rules/safety rules are divided into 4 categories as a guideline.

When possible, the 4 step progressive disciplinary action process will be followed but the severity of the violation, as well as, the employee's past work rule violations, may influence management's action.

Violations prior to the 90 consecutive calendar day framework may influence the action to be taken. Three 3 day suspensions in a two year period will result in termination. Depending upon the severity of the violation, the action to be taken may be accelerated to a greater degree of severity. In these situations, any further violations within the same category, within the 90 day framework, would proceed from this point of action.

C&B-Wingo00675

## GENERAL WORK RULE/SAFETY RULE

## CATEGORY A

Loss of **Company** property which has been assigned to an employee.

Soliciting or collecting contributions without the approval of management.

Loitering or engaging in conversation at another work station, such that, in the opinion of management, productivity, quality, safety or delivery is jeopardized.

Leaving the work station before the horn sounds for break or wash-up.

Unauthorized use of telephones - telephones along the main aisle wall area to be used during break, lunch or while off the clock.   The only calls to be transferred to employees are emergency calls.  All other calls are only permitted with the foreman's approval.

Repetitive errors in properly filling work orders, administrative or otherwise.

Improper segregation of scrap.

Reading newspapers, magazines, etc., at a work station unless on break or at lunch.

Parking in the visitors or handicapped parking place Monday through Friday, when unauthorized to do so. The visitor's parking places may be used on weekends.  No parking is permitted in the handicapped parking places.

Failure to return to work stations promptly from lunch or break, after the horn sounds.

Taking a break or lunch at a time other than specified by management.

Off duty employees may not return to the warehouse floor to visit with employees who are at work, without the permission of management.

All employees must punch in and punch out.

All employees must punch in no earlier than 30 minutes prior to the start of their scheduled start time.

All employees must punch out no later than 30 minutes after the end of their scheduled finish time.

Failure to promptly report known defective equipment or machinery.

Littering on **Company** property or creating unsanitary conditions.

Disrupting another employee while he is carrying out a work assignment.

Running on the warehouse floor is not permitted.

Employees should not use compressed air to clean off fellow worker or themselves.

Flowing ties, loose, ragged clothing, torn clothing, etc., should not be worn while operating machinery.

Riders are not permitted on material moving equipment.

There will be no climbing up racks.

Attempts are not to be made to solely lift any items in excess of 70 pounds. Utilize another person or the appropriate material moving equipment for assistance.

Equipment is to be shut down when it is being cleaned, unless you are cleaning around the piece of equipment or compressed air is being used to clean under it.

Never crawl under a piece of equipment that is operational.

No food or beverage will be consumed while operating material moving equipment.

Containers of beverages are not to be placed on machinery nor on material moving equipment.

Never lubricate equipment that is in motion unless the lube points are away from moving parts.

Keep individual work stations clean; clean as you go. Each employee is responsible for garbage can and dumpster closest to their work area.

Use the proper trash receptacles and dumpsters. Paper and cardboard are to placed in the compactor, wood in a separate dumpster, all other trash can be put together.

C&B-Wingo00677

Do not stack skids, material, etc., in aisle ways or in front of doorways unless directed to do so by management.

Insure that batteries are filled with water after charging.

Report all unsafe conditions to your foreman or safety committee member.

Non Copper and Brass employees are not permitted in the warehouse without management consent.

Never block access to fire extinguishers.

No parking in west parking lot for all warehouse employees.

**Note:** Employees will be allowed to play a radio at their work station only if the following conditions are followed:
     Safety glasses must be worn by all employees.
     All equipment PM sheets must be filled out (includes battery water levels).
     Volume cannot be excessive (Management will determine acceptable level).
     Radios only – No headsets, walkmans, I-pods, CD players, cassette players, etc.

* Violations of the above restrictions will lead to the loss of the privilege of radios in the warehouse *

C&B-Wingo00678

## MINOR WORK/RULE SAFETY RULE

### CATEGORY B

Each employee assigned to perform the Preventative Maintenance review on a piece of equipment or the first person on the shift to use the piece of equipment must perform the Preventative Maintenance review and fill out the PM sheet.

All offices are off-limits unless authorization for entry is granted by management. Access to the first aid cabinet is permitted as required. Access to offices may be pre-granted by management when entry is required in completing work orders of resolution of a concern is needed in carrying out a work assignment.

Employees are not permitted to leave the **Company** property, except at lunch, without management's permission. If permission is granted, the employee must punch out and punch in upon returning. This does not include **Company** business.

All accidents are to be reported to management immediately.

All equipment safety guards are not to be removed, except during equipment repair.

Slowing down productivity based upon previous performance records.

Being discourteous towards customers.

Post or distributing unauthorized notices or printed matter. Removing material from or tampering with bulletin boards or other Company or union posted material.

Improperly putting stock away such that identity is lost or administrative information is incorrect.

Exiting the parking lot by motor vehicle via a route other than the driveway.

Employees must wear the proper safety equipment, to include, OSHA approved safety shoes. Safety glasses or face shields must be worn in the warehouse. Appropriate protective apparel must be worn when handling material.

Failure to perform a task as directed by management or not in a timely manner.

Causing or being part of a disturbance, verbal or otherwise, on the warehouse floor.

Immoral, indecent or discriminatory conduct.

C&B-Wingo00679

# INTERMEDIATE WORK RULE

## CATEGORY C

Damaging the Company's or another employee's property; defacing Company property; including graffiti and misusing supplies.

Sleeping on the job while not on break or at lunch.

Interfering with management in the performance of their duties.

Insubordination - Use of language or actions, directed at management which is abusive in nature.

Any threat of physical harm towards another employee.

Improperly putting stock away, such that an employees safety is at risk.  This includes, but is not limited to, loose banding in pans, balancing cut plate on the boards of an open bottom skid, broken skids being put in the racks, etc.

Engaging in unsafe acts which could cause harm to yourself or another employee.

C&B-Wingo00680

## MAJOR WORK RULE/SAFETY RULE

### CATEGORY D

Falsifying Company records.

Insubordination - Refusal to perform tasks as assigned by management.

Altering or defacing your own or another employee's time card, punching in or out another employees time card or improperly handling of another employee's time card.

Falsifying employment application.

Removal of Company property or the property of others from the premises without the proper written authorization.  (See foreman for form)

Fighting on Company property.

Possession of, use of, or threatening with a firearm or any other type of weapon.


### VOLUNTARY QUIT

Absenteeism for three consecutive work days without proper notification.

C&B-Wingo00681

I have received and understand Copper and Brass Sales, Inc. Safety and Work Rules.

_____          _____
(Employee's Signature)                                 (Date)


_____          _____
                                                       ( Date)

printed 6/03

C&B-Wingo00682