# EXHIBIT M

Date:  5/11/95
To:    Robert Wingo
From:  Scot Orsic
Re:    Work performance

It has been brought to my attention that your work performance in the receiving area has been and continues to be less than acceptable. Specifically you have had discussions with William Orpet, Paul Muehfelt, and Theresa Grata about the following:

1. Excessive conversations with Drivers.
2. Continuously leaving the work area.
3. Inability to stay focused on the tasks of the receiving dock.
4. Reading Newspapers at your work station.
5. Returning late from breaks.
6. Failure to complete assigned tasks in a timely fashion.

Items 1 through 5 would be considered class A minor work rule violations. Item 6 is considered to be a class B work rule violation which follows a three step rule. Please consider this letter as the first step, a written letter of warning. **Continued failure** to complete assigned tasks will result in a **three day suspension** and ultimately **termination.**

Attached you will find general guidelines outlining your responsibilities at the receiving dock. As management sees fit these guidelines may change. When and if this occurs we will notify you in writing. If it is necessary for you to leave your work station in the future please notify either William Orpet, Theresa Grata, Mike Burke, or the acting Foreman. If you feel you have a conflict of priorities and cannot complete the tasks assigned to you prior to the end of your shift or in the time frame allowed, you should contact your immediate supervisor or acting Foreman in her/his absence, and explain your situation.

If you feel that you cannot effectively function in the receiving area please advise me, and I will make every attempt to find another position in which you can perform adequately.


cc:   Jon Goreham
      Pete LaRocco
      Bob Hines
      Bob Riley
      ✓ File

*I've seen this, but not in total agreement.* RW

Wingo EXHIBIT 8
JR I.D. 5-19-08 /EGC

# EMPLOYEE REPORT FORM

DATE 1/29/99

NAME R. WINGO

SHIFT 1ST

COMMENTS: SUSPENSION FOR LACK OF PRODUCTION. BOB PULLED AND PACKED ONLY 4 CUSHPACK ORDERS AND 1 SHEET ORDER (ALREADY IN BOX) FROM 6:00 AM TO 2:30 PM on 1/29/99. BOB HAS BEEN TOLD REPEATLY THE NEED TO IMPROVE PRODUCTION AND WAS HELPED THROUGHOUT THE DAY BY S. ORSIC, M. DEMIEN, H. PARKER, AND MYSELF. BOB HAS A LONG HISTORY OF WASTING TIME, BEING AWAY FROM HIS WORK STATION, AND LACK OF PRODUCTION. IF NO IMPROVEMENT, FURTHER DISCIPLINARY ACTION UP TO AND INCLUDING TERMINATION WILL RESULT.

EMPLOYEE'S STATEMENT:

☐ I AGREE WITH STATEMENT
☒ I DISAGREE WITH STATEMENT

*Bob Wingo*

RULE VIOLATION

☐ ORAL WARNING      ☒ SUSPENSION  1  DAYS
☐ WRITTEN WARNING   ☐ DISCHARGE

_Bob Wingo_
EMPLOYEE SIGNATURE

_Cindy E. Gant_
SUPERVISOR SIGNATURE

STEWARD SIGNATURE

Wingo  EXHIBIT 2
FOR I.D. 5-19-08

White – Office Copy   Pink – Supervisor Copy   Blue – Employee   Canary – Union Copy

**COPPER AND BRASS SALES, INC.**
**CHICAGO BRANCH**

DATE: 5/28/99

MEMO TO: R. WINGO

SUBJECT: Letter of Counsel Reference

**This letter of counsel is to inform you that:**

NEED TO IMPROVE YOUR FOLLOWING OF THE CORPORATE PACKING AND PK10 PROCEDURES. YOU HAVE BEEN TRAINED AND RE-TRAINED.

200 ORDERS a week — I'm not PERFECT.
R.

**Further incidents of this nature may result in disciplinary action up to and possibly including discharge.**

_____         _____
Management                       Employee

                                 Witness

Copy: File
      Employee                   Wingo   EXHIBIT 9
                           FOR I.D.  5-19-08  IEEC

# EMPLOYEE REPORT FORM

DATE 6/15/99

NAME R. WINGO

SHIFT 1st

COMMENTS VERBAL WARNING FOR REPETITIVE ERRORS IN PROPERLY FILLING WORK ORDERS, ADMINISTRATIVE OR OTHERWISE. BOB HAS BEEN TRAINED AND RE-TRAINED ON "PK-10" KEYPUNCHING, GIVEN A LETTER OF COUNSEL, AND HE CONTINUES TO MAKE ERRORS. THE "ERRORS" MADE WHEN "PK-10"ING WORKORDER A36483 COULD BE CONSIDERED FALSIFYING COMPANY RECORDS. BOB MUST TAKE THIS WARNING SERIOUSLY AND PAY ATTENTION TO HIS JOB, OR THE NEXT OFFENSE WILL BE A WRITTEN WARNING OR WORSE.

EMPLOYEE'S STATEMENT:

☐ I AGREE WITH STATEMENT    ☒ I DISAGREE WITH STATEMENT

I admit mistake, but scale was not working for 2 months, weight should have been stamped & maybe prevented, with properly working scale. 2nd MISTAKE IN 6 months.

RULE VIOLATION CATEGORY "A"

☒ ORAL WARNING          ☐ SUSPENSION _____ DAYS
☐ WRITTEN WARNING       ☐ DISCHARGE

Robert Wingo
EMPLOYEE SIGNATURE

Sandy E Hunt
SUPERVISOR SIGNATURE

Wingo EXHIBIT 10
5-19-08
FOR I.D.

STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy

# EMPLOYEE REPORT FORM

DATE 7/16/99

NAME BOB WINGO

SHIFT 1

COMMENTS AT 8:05 AM BOB WAS HEADED FOR THE BATHROOM, I YELLED HIS NAME FROM 25' BUT HE DID NOT STOP. AT 8:10 I NOTIFIED RANDY LUNT OF THE SITUATION. AT 8:25 BOB FINALLY EMERGED FROM THE BATHROOM. HE LOOKED AT BOTH ME AND HIS PARTNER, TURNED AND WALKED AWAY. AT 8:30 I FOUND HIM TALKING TO RANDY LUNT. HIS EFFORTS AT WASTING TIME COST THE COMPANY MONEY AND WILL NOT BE TOLERATED. IF I FIND FURTHER EVIDENCE I WILL FORCE BOB TO GET APPROVAL FROM A SUPERVISOR EVERY TIME HE WISHES TO USE THE RESTROOM

EMPLOYEE'S STATEMENT:

☐ I AGREE WITH STATEMENT

☒ I DISAGREE WITH STATEMENT

RULE VIOLATION SLOWING DOWN PRODUCTIVITY

☐ ORAL WARNING
☒ SUSPENSION 1 DAYS
☐ WRITTEN WARNING
☐ DISCHARGE

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE Wingo

STEWARD SIGNATURE

FOR I.D. 5-19-08  EXHIBIT 3

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy

# EMPLOYEE REPORT FORM

DATE: Jan. 10 2001

NAME: Robert Wingo

SHIFT: 1st

COMMENTS: Bob has been "asked" repeatedly by the plant manager and myself to pack and PK10 one order at a time. Bob has a history of placing the wrong shipping label on a completed work order. Ref W.O. 410341 attached. Since Bob has been unable to comply he could face a ~~one day suspension on the next occurence~~

**EMPLOYEE'S STATEMENT:**

[ ] I AGREE WITH STATEMENT

[X] I DISAGREE WITH STATEMENT

RULE VIOLATION: "B" Failure to perform task as directed by management — repetitive order filling errors

[X] ORAL WARNING
[ ] SUSPENSION _____ DAYS
(WRITTEN WARNING) deleted
[ ] DISCHARGE

EMPLOYEE SIGNATURE: Bob Wingo

SUPERVISOR SIGNATURE: James Dunne

OR I.D.: Wingo  EXHIBIT 11  5-19-08

STEWARD SIGNATURE

White – Office Copy     Pink – Supervisor Copy     Blue – Employee     Canary – Union Copy

Changed to verbal-oral per union request

# PACKING LIST

| STOMER | SHIP DATE | GROSS WEIGHT | QUOTE | |
|---|---|---|---|---|
| 35035 | 01/08/01 SHP | 15 | ORDER DATE 01/05/01 ORD | **CREDIT MEMO** |
| L TO: TOBO TOOL AND STAMPING | | WORK ORDER 493068 ** | DELIVERY DATE 01/08/01 DEL | SHIP BRANCH 04-CHI | SELL BRANCH 03-CLE | WORK ORDER 493068 |

**SHIP TO**
TOBO TOOL AND STAMPING       01
19422 NOTTINGHAM ROAD
CLEVELAND OH 44110

**THYSSEN**
COPPER AND BRASS SALES
AIN PLASTICS
TMX
5755 GRANT AVENUE
CLEVELAND OH 44105-5635

| JSTOMER P.O. NUMBER | TERRITORY | ENTRY ID |
|---|---|---|
| 3332 | 15 | |
| JYER FRANK GRISEZ | INSIDE SALES 03TJV THOMAS J. VENTURA | |
| JYER TELEPHONE (216) 531-0006 | INSIDE SALES TELEPHONE (216) 883-8100 243 | |

CREDIT MEMO
CREDIT MEMO
CREDIT MEMO

CUSTOMER SIGNATURE:                       DATE:

| SHIP VIA | SHIPPING STATUS | | |
|---|---|---|---|
| TERNAL POOL-TO 04-CHI | COMPLETE X | PARTIAL | CANCEL |
| O CUSTOMER OUR TRUCK PICK-UP | | | FOB |
| LL OF LADING | | | FREIGHT STATUS PPD |

| QUANTITY | ORDERED | SHIPPED |
|---|---|---|
| INVENTORY | 107.00- LB | 14# 0.00 |
| BILLING | 34.00- PC | 1PC 0.00 |
| WAREHOUSE | | |

PART DESCRIPTION  063716-5

**6061-T6 FLAT ALUMINUM SHEET**
.160 X 48 X 144
RETURN MATERIAL CREDIT FOR ORIGINAL
ORDER 410341 SHIPPED ON 12/13/00
SHEAR 2.875" (+-.032) X 72" (+-.032)
TEST RESULTS ATTN TO: QA DEPARTMENT.

PACKED WITH OTHER GOODS

FINISHED GOODS LOCATION

| FULL | SCRAP | FILLED BY | PACKED BY LDA 1/9/01 | Q/A AUDIT |
|---|---|---|---|---|

CUSTOMER RECEIVING HOURS                MAXIMUM SKID WEIGHT
LOADING INSTRUCTIONS                    MAXIMUM BUNDLE WEIGHT

ORIG WO NUM 410341 SHIP DATE 12/13/00
Product Code: 0102

| BOXES | BARS | CASES | CUSHP | PKGS | SKIDS | BDLS | TUBES | CTNS | FLAT | COILS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | | | | | |

**SPECIAL INSTRUCTIONS**
WRONG PKG TAGGED SENT 2024 PLATE 1 1/2 X 6 1/2 X 14 3/8
TJV                    PACKED BY WINGO!!

INSPECTION RECORD

BRANCH RESP  4        MILL CLAIM _____        FREIGHT CLAIM _____
DEPT RESP    4        RETURN TO STOCK _____
ERROR CODE   12                                 SCRAP  14#        BY: CUST  CBS

| TAG NUMBER | QUANTITY | UNIT | VENDOR | VENDOR PO | HEAT/LOT |
|---|---|---|---|---|---|
| GARY W. STAMM | | | ALCOA - General Manager: CLEVELAND KAISER | 0879703 086763 | 344792 289691 |

PRINTED 01/08/01 06:19 PM    CONTROL NO 00095

COPPER AND BRASS SALES, INC. / AIN PLASTICS, INC. ARE SUBSIDIARIES OF THYSSEN INC., N.A.
TMX IS A DIVISION OF THYSSEN INC., N.A.

| OMER | SHIP DATE | GROSS WEIGHT | QUOTE | OF 1 | WORK ORDER |
|---|---|---|---|---|---|
| 36035 | 12/13/00 SHP | 155 | 03-893432-1 | | |
| | | WORK ORDER | ORDER DATE | TEST RESULTS | |
| TO: | | 410341 ** | 11/30/00 ORD | | |
| OBO TOOL AND STAMPING | | | DELIVERY DATE | SHIP BRANCH | SELL BRANCH | WORK ORDER |
| | SHIP TO | | 12/14/00 DEL | 04-CHI | 03-CLE | 410341 |

```
OBO TOOL AND STAMPING                         01
9422 NOTTINGHAM ROAD
LEVELAND OH 44110
```

THYSSEN
COPPER AND BRASS SALES
AIN PLASTICS
TMX
415 STATE PARKWAY
SCHAUMBURG IL 60173-4591

DELIVERED
DEC 13 2000

| TOMER P.O. NUMBER | TERRITORY | ENTRY ID |
|---|---|---|
| 332 | 15 | 03TJV |
| ER | INSIDE SALES | 03TJV |
| FRANK GRISEZ | THOMAS J. VENTURA | |
| ER TELEPHONE | INSIDE SALES TELEPHONE | |
| (216) 531-0006 | (216) 883-8100 243 | |

| SHIP VIA | SHIPPING STATUS | | |
|---|---|---|---|
| ERNAL | COMPLETE | PARTIAL | CANCEL |
| POOL-TO 03-CLE | ✓ | | |
| CUSTOMER | | | FOB |
| OUR TRUCK/OUR DEL-C9 | | | ORIG |
| OF LADING | | | FREIGHT STATUS |
| | | | PPD |

| PART DESCRIPTION | 063716-5 |
|---|---|

```
6061-T6 FLAT ALUMINUM SHEET
.160 X 48 X 144
SHEAR 2.875" (+-.032) X 72" (+-.032)
Test Results Attn to: QA Department.
```

| CUSTOMER SIGNATURE: | | DATE: |
|---|---|---|
| QUANTITY | ORDERED | SHIPPED |
| INVENTORY | .111.63 LB | 107 LB NET |
| BILLING | 34.00 PC | 34 PCS |
| WAREHOUSE | 34.00 PC | 34 Pcs |
| PACKED WITH OTHER GOODS | | P 20 |
| FINISHED GOODS LOCATION | | B-1 |
| FULL | SCRAP | FILLED BY | PACKED BY | Q/A AUDIT |
| | 5 | C8 12/13 | Rken 12-13 | JM |

| CUSTOMER RECEIVING HOURS | MAXIMUM SKID WEIGHT |
|---|---|
| 8-3 | |
| LOADING INSTRUCTIONS | MAXIMUM BUNDLE WEIGHT |
| FORK | |

| BOXES | BARS | CASES | CUSHP | PKGS | SKIDS | BDLS | TUBES | CTNS | FLAT | COILS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | | | | | |

```
                             Avail 1131
Rack Location: 4-E-10  Product Code: 0102
```

| SPECIAL INSTRUCTIONS |
|---|
| CLOSED ON THE FOLLOWING DATES |

| INSPECTION RECORD | .180 x 2820 x 72 OK | | | | | | |
|---|---|---|---|---|---|---|---|

**TEST RESULTS** -----
**CERTIFICATE OF COMPLIANCE**
We hereby certify that mercury or any of its compounds are not used in the processing and distribution
of our products. We hereby certify that the material above complies with the following specifications:
QQ-A-250/11F        AMS 4027L          ASTM-B209-96
ASME-SB209

| TAG NUMBER | QUANTITY | UNIT | VENDOR | VENDOR PO | HEAT/LOT | |
|---|---|---|---|---|---|---|
| DAVID S. BUHL | | - General Manager: CHICAGO | | PRINTED 12/06/00 04:20 AM | CONTROL NO 00002 |

Wingo EXHIBIT B
OR I.D. 5-19-08 / BCC

Feb.12 2001

To: Bob Wingo
From: Jim Dunne
c.c. Pete Larocco, Greg Townes
Subject: packaging errors

    This memo is to serve as written warning for repetitive packaging errors. On work orders 415074 and 415168 the customer received the wrong material. It appears that Bob placed the wrong shipping label on the packed items. Two customers received the wrong material. In the past Bob has been trained and counseled by me to pack and label one skid at a time. This is done to avoid any confusion when it is time to attach the shipping label to the packed item. After speaking with our branch quality representative Paul Williams, Bob is currently the only warehouseman who is having trouble with this task.

    On work order 412278 the machine operator made the first error using two part numbers to fill this order. One of the part numbers is the wrong gauge. It resulted in the customer receiving two different gauges of material. This mistake must be caught at the packing station. The pk10 process will not allow the wrong part number to be entered into the computer. The packer had to realize this as they attempted to enter the data. At the bare minimum Bob did not follow packing procedures. If he had, he would have realized that the machine operator made a mistake, and addressed the issue with management. — *I DON'T BELIEVE I PK-10'D THIS ORDER, I WOULD HAVE CAUGHT THE ERROR!*

    On work order 414421 the operator used the wrong part number to fill the order, the first mistake. When it was time to pack, again as with work order 412278, the packer, Bob, should have caught the mistake because the computer will refuse the data. But Bob pk10 the order anyway. He had to avoid using the tag id and the traceability boxes in the pk10 process, further evidence of Bob's disregard for procedures. *AGAIN, I DON'T BELIEVE I PK-10'D THESE ORDER*

    Bob Wingo is a senior employee and needs to pay closer attention to the details of packing. Since I had given Mr. Wingo a written-verbal warning last month, he has not made the necessary adjustments to show improvement. Bob needs to consider this memo his final warning before facing suspension for future mistakes. It is the goal of management to properly train all employees and provide coaching in the fulfillment of their job descriptions. I will offer any kind of additional training for Bob in an attempt to curb these packing errors.

*I THINK THE SYSTEM IS CAUSING SOME OF THESE ERRORS. THIS JOB PACKING USED TO BE A 2-MAN OPERATION. NOW IT'S A ONE-MAN OPERATION, WITH A HURRY UP MENTALITY. THIS I BELIEVE LEADS TO MORE ERRORS. WITH A 2-MAN OPERATION WE COULD REDUCE ERRORS (LES RUS*

# COPPER AND BRASS SALES, INC.
## CHICAGO BRANCH

DATE: **11-7-01**

MEMO TO: **Robert G. WinGo**

SUBJECT: Letter of Counsel Reference

This letter of counsel is to inform you that:

You are not wearing safety glasses as provided by the company. Management has repeatedly asked and instructed you to wear safety glasses. It is a violation of our published work rules to not wear eye protection. This memo is intended to raise awareness of your responsibility as an employee.

Further incidents of this nature may result in disciplinary action up to and possibly including discharge.

_James M. Dunne_
Management

_Bob Wingo_
Employee

Witness

Copy: File
      Employee

Wingo  EXHIBIT **14**
OR I.D. 5-19-08 / CCC

# EMPLOYEE REPORT FORM

DATE **10-01-02**

NAME **Bob Wingo**

SHIFT **1st**

COMMENTS **repetitive errors in filling out production sheet. Poor accountability on sheet. Bob is a senior warehouseman and needs accurate records of his daily tasks and production**

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT      ☐ I DISAGREE WITH STATEMENT

**DID NOT PUT 487 PREFIX ON 1 WORK ORDER. (586)**

RULE VIOLATION **Class "A" Repetitive error in production sheet.**

☒ ORAL WARNING          ☐ SUSPENSION _____ DAYS
☐ WRITTEN WARNING       ☐ DISCHARGE

_Bob Wingo_
EMPLOYEE SIGNATURE

_James M. Dunn_
SUPERVISOR SIGNATURE

Wingo   EXHIBIT 15
OR I.D.  05-19-08

STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy

# EMPLOYEE REPORT FORM

"Photo Attached"

DATE **Sept. 12**

NAME **Robert Wingo**

SHIFT **1st**

COMMENTS **Reference Work order 400753, a pickup order that Bob tagged for the Dayton branch. It inconvenienced the customer, who paid C.O.D. for the order, then had to wait 48 hrs for it to be returned to the Chicago branch. The customer was very angry and caused alot of stress in the sales office. Bob also wrote with a marker "Pool to Dayton" showing that it was a very careless mistake.**

EMPLOYEE'S STATEMENT:

☐ I AGREE WITH STATEMENT    ☐ I DISAGREE WITH STATEMENT

RULE VIOLATION **"A" Repetitive errors in filling workorders**

☒ ORAL WARNING            ☐ SUSPENSION _____ DAYS
☐ WRITTEN WARNING         ☐ DISCHARGE

**Bob Wingo**
EMPLOYEE SIGNATURE

**James Dunne**
SUPERVISOR SIGNATURE

Wingo EXHIBIT 25
FOR I.D. 5-19-08 / EEC

STEWARD SIGNATURE

White – Office Copy     Pink – Supervisor Copy     Blue – Employee     Canary – Union Copy

# EMPLOYEE REPORT FORM

DATE 9/22/03 ~~4/22/2003~~

NAME ROBERT WINGO

SHIFT 1ST

COMMENTS REPETITIVE WORK ORDER ERRORS. ROBERT HAS A HABIT OF TAKING SHORT CUTS WHEN PACKAGING ORDERS AND IN THE PAST HAS SWITCHED SHIPPING LABELS ON PACKAGES. ROBERT'S LATEST ERROR RESULTED IN TWO CUSTOMERS RECEIVING THE OTHERS MATERIAL. WORK ORDERS INVOLVED WERE AG7228 AND AG7254. NEXT VIOLATION WILL RESULT IN A 3 DAY SUSPENSION.

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT    ☐ I DISAGREE WITH STATEMENT

1ST ERROR IN 5 years SORRY, WILL WATCH CLOSER.

---

**RULE VIOLATION**

☐ ORAL WARNING        ☐ SUSPENSION _____ DAYS
☒ WRITTEN WARNING     ☐ DISCHARGE

_Robert Wingo_
EMPLOYEE SIGNATURE

_Randy E. Hunt_
SUPERVISOR SIGNATURE

Wingo EXHIBIT 20
FOR I.D. 5-19-08

STEWARD SIGNATURE

White – Office Copy     Pink – Supervisor Copy     Blue – Employee     Canary – Union Copy

# EMPLOYEE REPORT FORM

DATE 9/22/04

NAME Robert Wingo

SHIFT 1st

COMMENTS 2 different work orders were packed & labeled incorrectly. WO 4M4472 was labeled as WO 4M4362 while the material for WO 4M4362 was labelled as WO 4M4472 resulting in 2 credits, 1 for each customer. Another violation within the next 90 days will result in further action of a 3 day suspension for incorrectly filling work orders.

**EMPLOYEE'S STATEMENT:**

[ ] I AGREE WITH STATEMENT     [X] I DISAGREE WITH STATEMENT

I disagree with punishment of 3 days suspension for next mistake. I do 100-150 w/o's + per week. 99% correct. This seems a little rough considering amount of w/o's completed correctly. 2 mistakes per thousands of w/o's

RULE VIOLATION Repetitive errors in work order filling. (Category A)

[ ] ORAL WARNING          [ ] SUSPENSION _____ DAYS
[X] WRITTEN WARNING       [ ] DISCHARGE

Employee refused to sign @ 9/22/04
Employee refused union representation

EMPLOYEE SIGNATURE                SUPERVISOR SIGNATURE  Mark A. DeMi  9/22/04
                                  9/22/04

Wingo  EXHIBIT 21
FOR I.D. 5-19-08 / FEC

STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy

# EMPLOYEE REPORT FORM

DATE: 5/11/05

NAME: ROBERT WINGO

SHIFT: 1ST

COMMENTS: VERBAL WARNING FOR EXCESSIVE/REPETITIVE WORK ORDER ERRORS. I TALKED WITH BOB ABOUT THE PROPER FILLING OF WORK ORDERS ON 4/26/05. BOB INCORRECTLY KEY PUNCHED ANOTHER WORK ORDER (AR3273). COPY ATTACHED

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT

☒ I DISAGREE WITH STATEMENT

175 W/O's A WEEK, SORRY BUT I will make some mistakes.

**RULE VIOLATION**

☒ ORAL WARNING       ☐ SUSPENSION _____ DAYS
☐ WRITTEN WARNING    ☐ DISCHARGE

EMPLOYEE REFUSED TO SIGN
EMPLOYEE SIGNATURE                SUPERVISOR SIGNATURE

Wingo EXHIBIT 22
OR I.D. 5-19-08 /EEC

STEWARD SIGNATURE

White – Office Copy   Pink – Supervisor Copy   Blue – Employee   Canary – Union Copy

# EMPLOYEE REPORT FORM

Date 12/1/05

Name ROBERT WINGO

Shift 1ST

Comments BOB WAS ASSIGNED TO THE PVC MACHINE AT 11:30AM. BETWEEN 11:30AM AND 1:00PM AT AN ALREADY SET UP MACHINE, BOB COMPLETED A TOTAL OF 13 SHTS. PVC'D. THIS IS AN UNACCEPTABLE PRODUCTION RATE. DURING THIS TIME, BOB WAS OBSERVED TALKING, LOITERING AND ALSO ABSENT FROM HIS ASSIGNED POSITION FOR AT LEAST 15 MINUTES.

**Employees Statement:**

____ I agree with statement　　　X I disagree with statement

LEFT AREA TO WARM UP — TWO BAY DOORS WERE OPEN & WIND WAS BLOWING COLD AIR IN. ALSO, WAS DOING 100 LBS/SHEET ORDER. SHEETS WERE HEAVY.

**Rule Violation** CATEGORY B 1ST OFFENSE - SLOWING DOWN PRODUCTION

____ Oral Warning　　　____ Suspension ____ Days
X Written Warning　　　____ Discharge

**Employee Signature**
*EMPLOYEE REFUSED TO SIGN.

**Supervisor Signature** Mark A. DeM___

**Steward Signature**

Wingo EXHIBIT 23
FOR I.D. 5-19-08 /ECC

# EMPLOYEE REPORT FORM

DATE  3/28/06

NAME  Bob Wingo

SHIFT  1st Shift

COMMENTS  I (Mark DeMien) observed Bob W. just after 8am on 3/27/06 walking out of the building with 6 pcs. of 15"x20" cut Masonite packed up, without management approval. After 8:00 am break was finished, Bob Wingo was asked (by MAD) to return the Masonite. This was not initially done. In the presence of Pete LaRocco, Bob W. was asked to return the Masonite which he promptly did. Although initially could be Category D violation, management reduced to Category B — Failure to perform task in a timely manner. Further acts of this kind will result in further disciplinary action which could include termination.

EMPLOYEE'S STATEMENT:

☐ I AGREE WITH STATEMENT
☒ I DISAGREE WITH STATEMENT

RULE VIOLATION  Category B — Failure to Perform Task — not requesting permission.

☐ ORAL WARNING
☒ WRITTEN WARNING
☐ SUSPENSION _____ DAYS
☐ DISCHARGE

EMPLOYEE SIGNATURE: Bob Wingo
SUPERVISOR SIGNATURE: Mark A. De[Mien]
STEWARD SIGNATURE: [signature]

OR I.D.  Wingo  EXHIBIT  24  5-19-08

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy