# EXHIBIT N

**LOCAL # 714 AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMS**
**AND**
**COPPER AND BRASS SALES, INC.**

## GRIEVANCE FORM

REC'D
12/4/07

DATE FILED: 12-4-07                          GRIEVANCE # _____

DATE OF GRIEVANCE 12-4-07

GRIEVANCE AND FACTS GIVING RISE TO GRIEVANCE: I Am FILING this GRIEVANCE BECAUSE I FEEL I was unfairly terminated.

CONTRACT VIOLATION: ARTICLE CLASS D            SECTION _____

REMEDY SOUGHT: REINSTATEMENT WITH BACK PAY

SIGNATURE OF EMPLOYEE: Bob Wingo                DEPT _____
SIGNATURE OF STEWARD(S): Pete LaRocco

DISPOSITION OF FOREMAN:

THERE WAS PROPER ENFORCEMENT OF THE COMPANY'S WORK & SAFETY RULES. THERE WAS NO VIOLATION OF THE CONTRACT. GRIEVANCE DENIED.

SIGNATURE OF FOREMAN: Andy E. ____              DATE 12/7/07

DATE APPEALED TO STEP 2 OF CONTRACT: _____

ORIGINAL TO PERSONNEL FILE
1ST COPY TO EMPLOYEE
2ND COPY TO FOREMAN
3RD COPY TO WAREHOUSE SUPERINTENDENT
4TH COPY TO UNION STEWARDS
5TH COPY TO UNION

Wingo EXHIBIT 1
FOR I.D. 5-19-08