# EXHIBIT O

# EMPLOYEE REPORT FORM

DATE 6/22/07

NAME ROBERT WINGO

SHIFT 1ST

COMMENTS Verbal warning for repetitive work order errors. On work order 442181, Robert failed to keypunch the piece count when PKIO'ing the order. Bob also failed to notify the foreman to verify and sign off on the piece count. Attached are two previous examples of errors (A03887 & AY2369)

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT        ☒ I DISAGREE WITH STATEMENT

New system getting used to system.

**RULE VIOLATION**

☒ ORAL WARNING                ☐ SUSPENSION _____ DAYS

☐ WRITTEN WARNING             ☐ DISCHARGE

_Robert Wingo_                 _Andy E. [Swift]_
EMPLOYEE SIGNATURE            SUPERVISOR SIGNATURE

Wingo EXHIBIT 26
OR I.D. 5-19-08 / ETC

No Union Steward Requested
STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy