# EXHIBIT P

# EMPLOYEE REPORT FORM

DATE 10/4/07

NAME _Robert Wingo_

SHIFT _1st_

COMMENTS _WO's 457976 + 457983 labels were switched inadvertently causing missed deliveries at each customer location on 10/3/07 and late deliveries for each on 10/4/07. Each WO was keypunched within seconds of each. Care must be taken to attach the correct label to the correct material. Previous oral warning on 6/22/07._

**EMPLOYEE'S STATEMENT:**

[ ] I AGREE WITH STATEMENT          [ ] I DISAGREE WITH STATEMENT

_____

_____

_____

_____

_____

_____

**RULE VIOLATION** _Category A - Repetitive Errors in properly filling work orders._

[ ] ORAL WARNING          [ ] SUSPENSION _____ DAYS

[X] WRITTEN WARNING          [ ] DISCHARGE

_Robert Wingo_
EMPLOYEE SIGNATURE

_Mark Q. Dm_
SUPERVISOR SIGNATURE

Wingo          EXHIBIT 27

OR I.D. _____          5-19-08 / EEC

_Pete Tappitt_
STEWARD SIGNATURE

White – Office Copy          Pink – Supervisor Copy          Blue – Employee          Canary – Union Copy