# EXHIBIT Q

# EMPLOYEE REPORT FORM

DATE 10/10/07

NAME ROBERT WINGO

SHIFT 1ST

COMMENTS: ON 10/5/07 YOU PROCESSED W/O 458685 AS A NON-PROCESSED W/O WHEN IT WAS ACTUALLY A PROCESSED W/O, REQUIRING PN 401095-5 TO BE CUT INTO QUARTERS AT THE RBW SAW. YOU HAVE BEEN GIVEN AN ORAL WARING PREVIOUSLY WITHIN 90 DAYS. YOU HAVE ALSO BEEN GIVEN A WRITTEN WARNING WITHIN 90 DAYS, BOTH FOR THE SAME WORK RULE VIOLATION. ALSO, OUTOKUMPO WAS USED FOR THIS W/O WHEN TALLEY WAS REQUESTED.

EMPLOYEE'S STATEMENT:

[ ] I AGREE WITH STATEMENT      [ ] I DISAGREE WITH STATEMENT

SIDELOADER OPERATOR PULLED WRONG MILL MATERIAL, NOT TALLEY- BUT OUTOKUMPU CUST. wanted TALLEY GOT AUTO. THIS WAS A CUT ORDER, SHOULDN'T HAVE CAME TO RBW-NP. THEY (SIDELOADER-OPERATORS NEED TO BE HELD Accountable, too, I should have cought mistake.

RULE VIOLATION: CATEGORY A- REPETITIVE ERRORS IN PROPERLY FILLING WORK ORDERS

[ ] ORAL WARNING      [X] SUSPENSION  1  DAYS
[ ] WRITTEN WARNING   [ ] DISCHARGE

_____        _____
EMPLOYEE SIGNATURE            SUPERVISOR SIGNATURE

Wingo EXHIBIT 28
OR I.D. 05-19-08

_____
STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy