# EXHIBIT R

# EMPLOYEE REPORT FORM

Date 11/8/07

**Name** ROBERT WINGO

**Shift** 1ST

**Comments** REPETITIVE KEYPUNCHING ERRORS. (3 IN 2 DAY(S)) 463677, 464131, & 464254. FUTURE ERROR WILL RESULT TO GREATER DISCIPLINARY ACTION UP TO AND INCLUDING TERMINATION. ANOTHER OPTION WOULD BE DISQUALIFICATION AS A WAREHOUSEMAN.

**Employees Statement:**

____ I agree with statement     ____ I disagree with statement

**Rule Violation** _____

____ Oral Warning          X  Suspension  3  Days
____ Written Warning       ____ Discharge

_Robert (signature)_           _Randy E (signature)_
**Employee Signature**          **Supervisor Signature**

_(signature)_
**Steward Signature**

Wingo EXHIBIT 59
OR I.D. 5-19-08 /ECC