# EXHIBIT S

To: Robert Wingo
CC: Peter LaRocco, Mark DeMien, Human Resources, Employee file
From: Randy E. Lunt
Subject: Repetitive warehouse errors
Date: 11/19/2007

Robert,

Upon your return to work on Wednesday, 11/14/2007, Mark DeMien and I met with you in the RBW NP work area. We discussed the importance of reading, understanding, and following all work order instructions. We also discussed the need to keypunch (PK10) all work orders correctly. If you had any questions, you can ask Mark or me for assistance. We also offered Lance Amack as a tutor. Both Mark and I told you numerous times the need for you to place your initials in the "filled by" box and the "packed by" box on the work order. We also stated numerous times to place your initials in the "processed by" box when PK10ing a work order.

By Friday, 11/16/2007, you were still not placing your initials in the appropriate boxes on the work orders or keypunching as instructed. 465448 and 465530 are just a few examples. I asked Peter LaRocco to join me in addressing the problem with you. After asking you numerous times whose initials you were placing in the required boxes and why they were not yours, you failed to provide me with a clear answer. You stated that you disagreed with my instructions and it wasn't done that way in the past. Your refusal to follow direct instructions from your immediate supervisor and/or the plant manager is insubordination and grounds for termination.

Work order 465530 was mixed with the NCD RBW orders in the racks. In the future, all completed RBW NP orders for the current day Toledo pool truck need to loaded directly onto the platform and "loaded" in the system using the scan gun (SFA system). There is no reason to double handle the work orders potentially damaging them and/or leaving them behind. If you have any questions on the use of the scan gun, you will be provided with additional training. If you cannot grasp the concept of the use of the scan gun, being disqualified as a warehouseman is a very distinct possibility. Refusal to follow instructions will lead to your termination.

Another item of importance is your lack of production. You are consistently filling 15 to 20 RBW NP orders in an 8 hour day. This total is less than the other employees working at the same work station by a considerable amount. Your production has fallen to approximately 50% of the other workers. More important is your production since your return from your suspension. You have had days where you have filled only 11 and 13 orders in an 8 hour day. This is unacceptable and must be addressed. If an immediate improvement in productivity is not seen, disciplinary action up to and including termination may be taken.

Randy E. Lunt                                    11/21/07
                                                  Date


Robert Wingo                                      Date

EMPLOYEE GIVEN COPY

Wingo EXHIBIT 30
FOR I.D. 5-19-08