# EXHIBIT T

To: Robert Wingo
CC: Peter LaRocco, Mark DeMien, Human Resources, Employee file
From: Randy E. Lunt
Subject: Repetitive warehouse errors
Date: 11/30/2007

Robert,

This morning you stopped in my office to ask me a question on work order 465866. You had asked if you needed to count the pieces on the order since it was being billed by the piece and the pieces were running 131 to 132" long. After I answered your question telling you to count the pieces and ship the 75 pieces ordered, Mark DeMien stopped in my office. He confirmed that you needed to fill the order by piece count since the order was being billed by pieces.

Later that day, Mark brought to my attention that you had filled the order with 82 pieces, not the 75 as directed by management. Both Mark and I brought you into my office to discuss this failure to follow direction. You stated that you were trying to do the right thing by attempting to ship by weight instead of exact piece count. Both Mark and I restated the company's policy of shipping exact piece count whenever the order is billed by pieces. You stated that you knew that but was trying to ship more pieces to obtain the total weight.

You then had to unpack the order, remove the extra pieces, reweigh the order and the repack it. Mark had to change the weight and piece count in the system and generate new packing slip to be placed on the box. Your failure to follow instructions is wasting time and reducing productivity. While this letter is but another warning and further documentation of your repetitive warehouse errors, the next incident will lead to more severe disciplinary action up to and including termination.

_[signature: Randy E. Lunt]_                                    12/3/07
Randy E. Lunt                                                    Date


Robert Wingo                                                     Date


EMPLOYEE REFUSED TO SIGN
_[signature]_   12/3/07

Wingo  EXHIBIT 31
OR I.D. 5-19-08