# EXHIBIT U

# DAILY PRODUCTION LOG

DATE **11-15**   SHIFT **1ST**   STATION ▓▓▓

START

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | STOP TIME |
|---|---|---|---|---|---|
| 1 | 465195 | 1 | 27 | PT | 4:15 |
| 2 | 465234 | 3 | 115 | PT | 4:35 |
| 3 | 465186 | 6 | 110 | PT | 4:55 |
| 4 | 465174 | 33 | 104 | PT | 5:15 |
| 5 | 465042 | 180 | 1072 | OT Put TUBES AWAY | 6:10 |
| 6 | 463930 | 1 | 305 | PT CLEANUP | 6:33 |
| 7 | 459994 | 111 | 750 | PT 6:58 Put Boxes AWAY - ORG |  |
| 8 | 465045 | 100 | 1010 | OT 7:35 LFT. |  |
| 9 | 465045 | 99 | 1052 | OT   LFT |  |
| 10 | 465045 | 99 | 1052 | OT   LFT. |  |
| 11 | 465187 | 15 | 750 | O-T 8:30 |  |
| 12 | 465294 | 5 | 137 | PT 9:00 |  |
| 13 | 465287 | 1 | 74 | PT 9:30 - cut? ok? 10:10 |  |
| 14 | 465309 | 60 | 422 | PT 9:55 Box |  |
| 15 | 465296 | 11 | 351 | PT 10:30 Box |  |
| 16 | 465295 | 30 | 2080 | O-T 11:45 |  |
| 17 | 465350 | 37 | 505 | P-T 12:30 SCALE - TOLEDO CALIBRATE |  |
| 18 | 465107 | 11 | 200 | PT 12:50 |  |
| 19 | 465353 | 5 | 88 | PT msp 1:25 |  |
| 20 IG | 465377 | 10 | 293 | OT |  |

TOTALS

Name **RGW**
Please Print Name

Wingo   EXHIBIT ▓▓33
OR I.D. 05-19-08 IEEC

HELP BATTERY GUY TAKE 2 BATTERIES put on SKIDS LOAD up on TRUCK

# DAILY PRODUCTION LOG

DATE **11-19**   SHIFT **1ST**   STATION _____

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | START / STOP TIME |
|---|---|---|---|---|---|
| 1 | 465747 | 5 | 365 | PT @ 8:30 CLEANUP - 1ST 2 HRS | |
| 2 | 465251 | 2 | 121 | PT NO ORDERS - HELP AL 9:20 | |
| 3 | 465750 | 6 | 1020 | PT PUT AWAY BOXES - RACK 9: | |
| 4 | 465752 | 3 | 27 | PT 1ST ORDER PULLED AT | 9:50 |
| 5 | 465223 | 18 | 144 | PT 7-50 TOLEDO → | 10:20 |
| 6 | 465764 | 22 | 1004 | PT HOLD ?? | 11:55 |
| 7 | 465764 | 22 | 1008 | PT HOLD ?? | 11:55 |
| 8 | 465841 | 16 | 725 | CC BOX HOLD WAIT FOR MAD | |
| 9 | 465827 | 24 | 570 | PT STOPPED CC TO DO TOLEDO | |
| IG 10 | 465844 | 1 | 242 | PT | |
| APF 11 | 465845 | 46 | 1284 | PT | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| TOTALS | | | | | |

Name **RGW**
Please Print Name

Wingo EXHIBIT 32
OR I.D. 5-19-08 /EPC

# DAILY PRODUCTION LOG

DATE  11-20   SHIFT  1ST   STATION ▓▓▓

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | STOP TIME |
|---|---|---|---|---|---|
| 1 | 465957 | 2 | 20 | PT C6AMP | 6:20 |
| 2 | 465859 | 4 | 35 | PT | 6:55 |
| 3 | 466000 | 122 | 1077 | PT Don. not force Wrong mill + P.O. | 7:30-11:50 |
| 4 | 466001 | 700 | 200 | PT 400SM1 ok PO Bob | 9:00 |
| 5 | 466001 | 500 | 500 | PT 100pc wrong mill — Bob | 9:00 |
| 6 | 465625 | 11 | 1584 | PT -REL-SH8 | 10 |
| 7 | 465625 | 18 | 2613 | PT | 10 |
| 8 | 465249 | 3 | 10 | PT | 10:30 |
| 9 | 464611 | 21 | 45 | PT | 10:53 |
| 10 | 465798 | 13 | 527 | PT NEW LOCATION | 12:30 |
| 11 | 464936 | 100 | 244 | PT BOX | 1:30 |
| 12 | 465895 | 1 | 5 | PT | 12:50 |
| 13 | 466024 | 250 | 1797 | PT Appx | 1:45 |
| 14 | 466025 | 125 | 1560 | Appx PC | 2:05 |
| 15 | 466025 | 150 | 1771 | Appx PC | 2:05 |
| 16 | 466020 | 100 | 1723 | Appx PC | 2:20 |
| 17 1G | 466058 | 99 | 1001 | O-T | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| TOTALS | | | | | |

Name  RGW
Please Print Name

Wingo   EXHIBIT  34
OR I.D.  5-19-08  IEEC

# DAILY PRODUCTION LOG

DATE: 11-28    SHIFT: 1ST    STATION: PK

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | START / STOP TIME |
|---|---|---|---|---|---|
| 1 | 466674 | 1 | 12 | 6S FINISH | 6:45 |
| 2 | 466741 | 3 | 599 | NO W/O's 1ST 1½hr | 7:15 |
| 3 | 466048 | 60 | 670 | PT MKW CLEAMP | 9:00 |
| 4 | 466288 | 12 | 509 | PT VAN | 7:50 |
| 5 | FR2898 | 27 | 68 | PT MCR FIX GUN | 8:35 |
| 6 | 466829 | 1 | 890 | PT PET cut 196" 8? | 9:30 |
| 7 | 466135 | 2 | 20 | PT MSP | 9:45 |
| 8 | 466842 | 1 | 55 | PT TOL | 9:58 |
| 9 | 466838 | 2 | 111 | PT PET | 10:25 |
| 10 | 466703 | 15 | 355 | PT WAL ALL POSSIBLE | 10:50 |
| 11 | 466841 | 2 | 288 | PT TOL (RACKS EMPTY 11:30-12:00) | 12:15 |
| 12 | 466857 | 72 | 1101 | OT | 12:27 |
| 13 | 466870 | 15 | 51 | PT ELK | 12:40 |
| 14 | 466871 | 8 | 34 | PT ELK | 12:55 |
| 15 | 466847 | 6 | 40 | PT ELK BAD QUARATINE | 1:22 |
| 16 | MEA 466844 | 3 | 133 | QUALITY of metal FIRE DRILL METAL | 2 PM |
| 17 | MEA 466883 | 50 | 114 | set up / STAMPED REJECTED MAO Boxed | 2:20 |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| TOTALS | | | | | |

Name: RGW
Please Print Name

Wingo  EXHIBIT 35
FOR I.D. 5-19-08 / EPC

# DAILY PRODUCTION LOG

DATE **11-29**　SHIFT **1ST**　STATION **PK**　　START

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | STOP TIME |
|---|---|---|---|---|---|
| 1 | 467001 | 10 | 15 | cleanup | 6:25 |
| 2 | 466917 | 6 | 71 |  | 6:40 |
| 3 | 466670 | 4 | 17 | NEED MORE STOCK | 8:40 |
| 4 | 467002 | 10 | 15 |  | 7:07 |
| 5 | 466577 | 2 | 20 |  | 7:31 |
| 6 | 466955 | 6 | 192 | ✻ 6 S-FINISH (9AM) COPIES | 8:17 |
| 7 | 467025 | 16 | 1103 | check weights | 9:35 |
| 8 | 467025 | 14 | 965 | weigh-up | 9:40 |
| 9 | 467025 | 14 | 966 |  | 9:45 |
| 10 | 467040 | 8 | 54 |  | 10:02 |
| 11 | 463914 | 5 | 230 |  | 10:20 |
| 12 | 463914 | 18 | 832 |  | 10:30 |
| 13 | 467046 | 21 | 1050 | MAKE 3 Bdls 500 max | 11:50 |
| 14 | 467038 | 2 | 7 |  | 12:10 |
| 15 | 467022 | 50 Appx | 2202 |  | 12:40 |
| 16 | 467022 | 50 Appx | 2104 |  | 12:40 |
| 17 | 467056 | 3 | 97 |  | 12:50 |
| 18 | 467052 | 38 | 202 | BOX & MEASURE 144 min | 1:30 |
| 19 | 467068 | 26 | 1022 |  | 2:10 |
| 20 MEA | 467112 | 76 | 341 | Box | 2:25 |
| IG tot | 467012 | 21 | 1027 | — WRONG SIZE PULLED — TOLD ARTIE |  |

Name **RGW**
Please Print Name

Wingo　EXHIBIT **37**
FOR I.D. **5-19-08**　IFC