# EXHIBIT V

# DAILY PRODUCTION LOG

DATE: 11-20  SHIFT: 1ST  STATION: _____  START: _____

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | STOP TIME |
|---|---|---|---|---|---|
| 1 | 465957 | 2 | 20 | PT C6FMMP | 6:20 |
| 2 | 465859 | 4 | 35 | PT Don. not forces | 6:55 |
| 3 | 466000 | 122 | 1077 | PT wRong mill + P.O. | 7:30 - 11:50 |
| 4 | 466001 | 700 | 200 | PT 199SM1 ok Bob | 9:00 |
| 5 | 466001 | 800 | 500 | PT 100pc wRong mill PO + Bob | 9:00 |
| 6 | 465675 | 11 | 1584 | PT -REL-SH8 | 10 |
| 7 | 465675 | 18 | 2613 | PT | 10 |
| 8 | 465249 | 3 | 10 | PT | 10:30 |
| 9 | 464611 | 21 | 45 | PT | 10:53 |
| 10 | 465198 | 13 | 527 | PT NEW LOCATION | 12:30 |
| 11 | 464136 | 100 | 244 | PT Box | 1:30 |
| 12 | 465895 | 1 | 5 | PT | 12:58 |
| 13 | 466024 | 250 | 1797 | PT Appx | 1:45 |
| 14 | 466025 | 125 | 1560 | Appx PC | 2:05 |
| 15 | 466025 | 150 | 1771 | Appx PC | 2:05 |
| 16 | 466020 | 100 | 1723 | Appx PC | 2:20 |
| 17 IG | 466058 | 99 | 1001 | O-T | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| TOTALS | | | | | |

Name: RGW
Please Print Name



EXHIBIT
Lunt 10
5/21/08 PA

C&B-Wingo00011

# DAILY PRODUCTION LOG

DATE: 11-28   SHIFT: 1ST   STATION: PK

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | START / STOP TIME |
|---|---|---|---|---|---|
| 1 | 466674 | 1 | 12 | 6S FINISH | 6:45 |
| 2 | 466741 | 3 | 599 | NO W/O's 1ST 1½ hr | 7:15 |
| 3 | 464098 | 60 | 670 | PT MILW CLAMP | 9:00 |
| 4 | 466788 | 12 | 509 | PT VAN | 7:50 |
| 5 | FR2898 | 27 | 68 | PT MCR FIX GUN | 8:35 |
| 6 | 466829 | 1 | 890 | PT DET cut 196" BP | 9:30 |
| 7 | 466135 | 2 | 20 | PT MSP | 9:45 |
| 8 | 466842 | 1 | 55 | PT TOL | 9:58 |
| 9 | 466838 | 2 | 111 | PT DET | 10:25 |
| 10 | 466703 | 15 | 355 | PT WAL ALL POSSIBLE | 10:50 |
| 11 | 466841 | 2 | 288 | PT TOL (RACKS EMPTY 11:30-12:00) | 12:15 |
| 12 | 466857 | 72 | 1101 | OT | 12:27 |
| 13 | 466870 | 15 | 51 | PT ELK | 12:40 |
| 14 | 466871 | 8 | 34 | PT ELK | 12:55 |
| 15 | 466847 | 6 | 40 | PT ELK BAD QUARATINE | 1:22 |
| 16 | MEA 466844 | 3 | 133 | QUALITY metal FIRE DRILL METAL | 2 PM |
| 17 | MEA 466883 | 50 | 114 | set up REJECTED BAD STAMPED BOXED | |
| 18 | | | | | 2:20 |
| 19 | | | | | |
| 20 | | | | | |
| TOTALS | | | | | |

Name: RGW
Please Print Name

EXHIBIT Kent 11 5/25/05

C&B-Wingo00013

# DAILY PRODUCTION LOG

DATE 11-28  SHIFT 1ST  STATION PK

START

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | STOP TIME |
|---|---|---|---|---|---|
| 1 | 466674 | 1 | 12 | 6S FINISH | 6:45 |
| 2 | 466741 | 3 | 599 | NO W/O's 1ST 1/2 HR | 7:15 |
| 3 | 464048 | 60 | 670 | PT MILL CLEANUP | 9:00 |
| 4 | 466788 | 12 | 509 | PT VAN | 7:50 |
| 5 | FR2898 | 27 | 68 | PT MCR FIX GUN | 8:35 |
| 6 | 466829 | 1 | 890 | PT DET cut 196" BP | 9:30 |
| 7 | 466135 | 2 | 20 | PT MSP | 9:45 |
| 8 | 466842 | 1 | 55 | PT TOL | 9:58 |
| 9 | 466838 | 2 | 111 | PT DET | 10:25 |
| 10 | 466703 | 15 | 355 | PT W/AL ALL POSSIBLE | 10:50 |
| 11 | 466841 | 2 | 288 | PT TOL (RACKS EMPTY 11:30-12:00) | 12:15 |
| 12 | 466857 | 72 | 1101 | OT | 12:2. |
| 13 | 466870 | 15 | 51 | PT ELK | 12:40 |
| 14 | 466871 | 8 | 34 | PT ELK | 12:55 |
| 15 | 466847 | 6 | 40 | PT ELK BAD - QUARATINE | 1:22 |
| 16 MEA | 466844 | 3 | 133 | QUALITY of metal FIRE DRILL metal | 2PM |
| 17 MEA | 466883 | 50 | 114 | set up REJECTED MAQ STAMPED Boxed | 2:20 |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| TOTALS | | | | | |

Name RGW
Please Print Name

2 MORE FILLED BY 2ND SHIFT.

NP
12/1/07

DEPOSITION EXHIBIT
C&B-Wingo00015

# DAILY PRODUCTION LOG

DATE 11-29  SHIFT 1ST  STATION PK

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | START & STOP TIME |
|---|---|---|---|---|---|
| 1 | 467001 | 10 | 15 | Cleanup | 6:25 |
| 2 | 466917 | 6 | 71 |  | 6:40 |
| 3 | 466670 | 4 | 17 | NEED MORE STOCK | 8:40 |
| 4 | 467002 | 10 | 15 |  | 7:07 |
| 5 | 466577 | 2 | 20 |  | 7:31 |
| 6 | 466955 | 6 | 192 | * 6 S-FINISH (9am) COPIES | 8:17 |
| 7 | 467025 | 16 | 1103 | check weights | 9:35 |
| 8 | 467025 | 14 | 965 | weigh up | 9:40 |
| 9 | 467025 | 14 | 966 |  | 9:45 |
| 10 | 467040 | 8 | 54 |  | 10:02 |
| 11 | 463914 | 5 | 230 |  | 10:20 |
| 12 | 463914 | 18 | 832 |  | 10:30 |
| 13 | 467046 | 21 | 1050 | MAKE 3 Bdls 500 max | 11:50 |
| 14 | 467038 | 2 | 7 |  | 12:10 |
| 15 | 467022 | 50 Apx | 2202 |  | 12:40 |
| 16 | 467022 | 50 Apx | 2104 |  | 12:40 |
| 17 | 467056 | 3 | 97 |  | 12:50 |
| 18 | 467052 | 38 | 202 | BOX & MEASURE 144 min | 1:30 |
| 19 | 467068 | 26 | 1022 |  | 2:10 |
| 20 MEA | 467112 | 76 | 341 | Box | 2:25 |
| IG tot | 467012 | 21 | 1027 | - WRONG SIZE PULLED - TOLD ARTIE |  |

Name RGW
Please Print Name



EXHIBIT Lunt 12