# EXHIBIT W

# EMPLOYEE REPORT FORM

DATE 12/3/07

NAME ROBERT WINGO

SHIFT 1st

COMMENTS: TERMINATION FOR FALSIFYING COMPANY RECORDS/DOCUMENTS. ON BOTH 11/28/07 AND 11/29/07, ROBERT TOOK CREDIT FOR COMPLETING WORK ORDERS ON HIS "DAILY PRODUCTION LOG" WHICH WERE COMPLETED BY OTHER EMPLOYEES. SEE ATTACHED RECORDS.

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT

☐ I DISAGREE WITH STATEMENT

RULE VIOLATION: CLASS D VIOLATION - FALSIFYING COMPANY RECORDS.

☐ ORAL WARNING
☐ SUSPENSION _____ DAYS
☒ DISCHARGE
☐ WRITTEN WARNING

EMPLOYEE REFUSED TO SIGN per NB

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

STEWARD SIGNATURE

White – Office Copy   Pink – Supervisor Copy   Blue – Employee   Canary – Union Copy

FOR I.D. Wingo 5-19-08 BC   EXHIBIT 36