# EXHIBIT X

# EMPLOYEE REPORT FORM

DATE 10/4/07

NAME _ELUTERIO HERRERA_

SHIFT _3RD_

COMMENTS _WO's 457976 & 457983 LABELS WERE SWITCHED INADVERTENTLY CAUSING MISSED DELIVERIES AT EACH CUSTOMER LOCATION ON 10/3/07 AND LATE DELIVERIES ON 10/4/07. EACH WO WAS KEYPUNCHED WITHIN SECONDS OF EACH. CARE MUST BE TAKEN TO ATTACH THE CORRECT LABEL TO THE CORRECT MATERIAL._

**EMPLOYEE'S STATEMENT:**

[ ] I AGREE WITH STATEMENT

[X] I DISAGREE WITH STATEMENT

_____

_____

_____

_____

_____

RULE VIOLATION _CATEGORY A - REPETITIVE ERRORS IN PROPERLY FILLING WORK ORDERS_

[X] ORAL WARNING

[ ] WRITTEN WARNING

[ ] SUSPENSION _____ DAYS

[ ] DISCHARGE

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR SIGNATURE

_____
STEWARD SIGNATURE

White – Office Copy     Pink – Supervisor Copy     Blue – Employee     Canary – Union Copy

C&B-Wingo00665

## COPPER AND BRASS SALES, INC.
## CHICAGO BRANCH

DATE: 07/10/07

MEMO TO:  Eluterio Herrera

SUBJECT:  Letter of Counsel Reference

**This letter of counsel is to inform you that** you were not wearing your safety gear this morning 7/10/07.  You are advised to wear the Safety gear at all times during your work hours.

**Further incidents of this nature may result in disciplinary action up to and possibly including discharge.**

_____
Management

Employee

Witness

Copy:  File
        Employee



# EMPLOYEE REPORT FORM

Date : *Oct. 18, 2007*

Name : *Mario Alvarez*

Shift : *Second Shift*

Comments : *Mario is hereby given a written warning for failure to perform a task as directed by management. Copies of the statement are attached.*

**Employees Statement :**

_____ I agree with statement                    _____ I disagree with statement

*CPA*
*10/18/07*

Rule Violation :    *Category B*

_____ Oral Warning                              _____ Suspension _____ Days

✓ Written Warning                               _____ Discharge

*Refused to sign by employee*    *(GM)*    *Crisp Spain*
Employee Signature                               Supervisor Signature

*Steward Signature*

**EXHIBIT**
*Lunt 20*
*5/23/08 PM*

C&B-Wingo00686

October 18, 2007

Failure to perform a task as directed by management. Mario failed to follow maximum skid weight needed to fill work order 459744. The order was asking for 2000 lb max skid weight, Mario shipped 2983 lb. Mario also failed to measure the diameter and ship correct material for work order 447019. The order was asking for 13 pc of 1-1/2 inch round material, 4 bars shipped were 1-1/4 inch round. Copies of the work orders are attached. Mario has been told in the past about measuring the size of the material and places it in the inspection record box of the work order.

C&B-Wingo00687

# EMPLOYEE REPORT FORM

DATE _10/28/04_

NAME _MARIO ALVAREZ_

SHIFT _1ST SHIFT_

COMMENTS _By REFUSING TO GIVE UP THE "LOANER" PROPANE FORK TRUCK AS DIRECTED BY THE FOREMAN, YOU HAVE "FAILED TO PERFORM A TASK AS DIRECTED BY MANAGEMENT AND NOT IN A TIMELY MANNER." THIS LED TO YOU "CAUSING A DISTURBANCE ON THE WAREHOUSE FLOOR." BOTH OF THESE ARE CATEGORY B WORK/RULE VIOLATIONS. ANY FURTHER VIOLATIONS OF THIS TYPE WILL RESULT IN AN AUTOMATIC 3-DAY SUSPENSION._

**EMPLOYEE'S STATEMENT:**

      I AGREE WITH STATEMENT        [X] I DISAGREE WITH STATEMENT

_____

_____

_____

_____

_____

_____

**RULE VIOLATION**

      ORAL WARNING        SUSPENSION _____ DAYS

[X] WRITTEN WARNING        DISCHARGE

_Mario Alvarez_
EMPLOYEE SIGNATURE

_Randy E. Dust_
SUPERVISOR SIGNATURE

_Mark A. _____

_J. Berena_
STEWARD SIGNATURE

White – Office Copy     Pink – Supervisor Copy     Blue – Employee     Canary – Union Copy