IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT WINGO,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 368 |
| | ) | |
| vs. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| **THYSSENKRUPP MATERIALS NA, INC.,** | ) | |
| db/a/ COPPER and BRASS SALES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:  Russell S. Linden                        Jeffrey S. Piell
     2290 First National Building              Quarles & Brady LLP
     660 Woodward Ave, Suite 2290              500 W. Madison St., Suite 3700
     Detroit, MI 48226                         Chicago, IL 60661

PLEASE TAKE NOTICE that on Friday, August 1, 2008, Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Local Rules 56(B) Statement of Material Facts, and Plaintiffs' Appendix in Response to Defendant's Motion for Summary Judgment.

                                By:        /s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on Friday, August 1, 2008.

                                         /s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiff

Lisa Kane & Associates, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093