# EXHIBIT H

1. Bill F
2. Randy L
3. Mark Dering

3-way conference call about → to Bob's Home
Dec. 4 – B.F said he talked to Pat Bishop & SERGIO GARCIA about the incident about Bob.

Bob talked with Pat Bishop Dec 5 & they have never talked to ~~with Bill~~ F.

ON DEC. 4th TUES APPX 11:00 I ~~TALK~~ RAN INTO BILL FRUEHAUF IN THE PARKING LOT. I INTRODUCED my wife to Bill F. ~~BILL F~~ I TOLD BILL I needed to talk to him About my T. ISSUES. HE SAID COME TO my office RIGHT NOW, So we HAD A 20 minute meeting where I explain my SIDE OF THIS STORY. HE seemed sympathetic to some of my ~~ISSUES~~. I TOLD HIM THIS WHOLE THING (TERM) STARTED 2-3 months ago, WITH ME BEING HARASSED, I swore at by MARK D. DAYSHIFT FOREMAN

000136

BILL SEEMED VERY concerned WHEN I TOLD HIM, I WAS HARASSED & VERBALLY ABUSED BY M.D. HE ASKED ME "WHAT EXACTLY DID HE SAY." I SAID, HE SWORE "WHAT THE F, ARE YOU DOING." I SAID I'm waiting on MATERIAL FROM JASON P. (SIDELOADER OPERATOR), AND I was trying to load 2 ROLLS OF PVC (60 WIDE) CLEAR PLASTIC onto the PVC MACHINE. HE SAID "FUCK YOU, GET TO WORK I SAID TO HIM (MARK D.) "YOU CAN'T TALK TO ME THAT WAY." HE SAID "FUCK YOU, I'LL DO ANYTHING I WANT ~~IN HAPPY~~ HE WALKED AWAY. PAT BISH & SERGIO BOTH HEARD THIS CONVERSATION. THEY BOTH TOLD ME TO FILE

000137

A HARASSMENT GRIEVANCE. AGAINST MARK D., FOR SWEARING, harassing & VERBALLY ABUSING ME. "I SAID I CAN'T DO THAT CAUSE, MD, WILL KILL my overtime, & not alow me to work Anything overtime. THIS IS STANDARD PROCEDURE TO cut an employee overtime when you have issues with th so I DIDN'T FILE A GRIEVANCE FOR HAR. AT THAT TIME, EVEN THOUGH PAT B & SERGIO SAID," THAT'S THE only way you'll GET ANY RESPECT from MD AND GET HIM TO NOT HARASS you. I SAID I CAN'T DO THAT (GRIEVANCE) BECAUSE, I HAVE WIFE, 4 KIDS MORTGAGE, COLLEGE BILLS ETC. I HAVE TO PROTECT THEM (FAMILY)

000138

TO PAY ALL MY BILLS FOR COLLEGE, MORTGAGE ETC.

So, PAT BISHOP WALKED BY & I SAID PAT COULD YOU HELP ME LIFT THESE 60" WIDE PVC ROLLS (ABOUT 80 LBS EACH.) onto the PVC MACHINE." PAT B. SAID SURE, BUT let me ask my FOREMAN RD FOR PERMISSION." HE GOT PERMISSION to HELP FROM RAY D. HIS FOREMAN. PAT B. CAME BACK, WE LOADED THE 2 ROLLS OF 60" PVC onto the mac WHEN WE FINISHED, MARK D., CAME up & BLEW up. HE YELLED AT US AGAIN FOR TALKING & WROTE PAT BISHOP UP FOR TALKING, EVEN THOUGH HE HAD PERMISSION

000139

TO HELP ME LIFT & SETUP THE 60" PVC ROLLS. PAT B. GOT wrote up by MARK D. for HELPING AN EMPLOYEE out LIFTING STUFF. THESE ROLLS ARE HEAVY & BULKY & ARE EASIER TO LOAD WITH TWO PEOPLE. PAT BISHOP GOT WROTE UP, I GOT WROTE UP, too, BUT IT (mine) WAS A "VERBAL" WARNING. I REFUSED TO SIGN IT, BECAUSE IT was totally unfair, plus I was the one who was verbally abused & HARASSED I told this story to PETE L. (my UNION STEWARD, how M.D. SWORE AT ME, HARASSED ME, & WROTE ME UP. (verbal w. PETE SAID, MARK'S HAVING A BAD DAY, LET'S GO TALK TO RANDY L (PLANT MNG

000140

HARASSMENT & VERBAL ABUSE."
SO WE WENT TO RANDY & LUNT'S OFFICE & TOLD HIM THE STORY. HE SIDESTEPPED THE ISSUES OF HARASSMENT, SWEARING BY M.D. HE SEEMED more INTENT ON other ISSUES & DIDN'T EVEN SAY, "I'LL TALK TO M.D. ABOUT THE SWEARING & HARASSMENT." INSTEAD HE BROWBEAT ME ABOUT "WHAT DID YOU DO WHILE YOU WERE WAITING FOR MATERIAL 60 WIDE FROM JASON (SIDELOADER)" I SAID I WAS PUTTING AWAY TWO SKIDS OF PVC THAT WAS ON THE FLOOR BY THE PVC MACHINE. HE TURNED THE WHOLE VERBAL ABUSE BY (M.D.) INTO A

000141

VERBAL #

QUESTIONING & HARASSING ME ABOUT MY LAST HOUR. (HE REJECTED THE PREVIOUS SKID OF METAL (DEFECTIVE) HE SAID, "HAVE JASON BRING YOU DIFFERENT MATERIAL, THIS IS BAD MATERIAL." RANDY KNEW THE STORY ABOUT THIS MATERIAL, HE KNEW I was waiting for DIFF. MATERIAL to PROCESS THE ORDER. I TOLD HIM REPEATEDLY, THAT I was waiting for material & HR. FROM JASON I was TRYING TO LOAD 2 ROLLS 60 WIDE. HE TURNED THE WHOLE STORY OF HARASSMENT BY HIS FOREMEN (MAD) INTO, BLAMING ME, I CAN'T

000142

control the SIDELOADER DRIVER. JASON was completing hot orders (TODAY'S POOL TRUCKS) WITH HIS DAD. D.P. WHEN A WORK STATION HAS ~~HOT~~ PRIORITY ORDERS (TODAY PT.) THAT COMES 1ST. EVERYBODY ELSE HAS TO WAIT. JASON was DRIVING FOR 2 SHEAR OPERATORS, A SHEET STATIO. & myself. (PVC STATION) THATS 4 PEOPLE HE WAS SETTING up. IT TAKES TIME TO CLEAR SKIDS FROM STATIONS (BRING TO BAY ONE, BRING NEW material ETC. IT TAKES TIME & ALL WE CAN DO IS WAIT OUR TURN. MY ORDER was NOT FOR TONIGHTS POOL TRUCK....NOT TOP PRIORITY. SO, I KNEW I HAD TO WAIT

WHILE I was waiting I put away 2 SKIDS – (8-10 ROLLS OF PVC) INTO THE RACK, CLEANED UP & RELOADED THE 60" WIDE PVC ROLLS WITH PAT BISHOP. WE WERE BUSY. MAD was having a bad day & went off. HE NEEDS TO BE MORE PROFESSIONAL & not harass OR SWEAR AT HIS Employees. THIS IS THE INCIDENT, THAT STARTED A CONTINUEING PATTERN OF VERBAL ABUSE & HARASSMENT, THAT CONTINUED UNTIL my T. DEC. 3.

ON THE SUSPENSION, 3 DAYS, NO PAY, that I RECIEVED, I KNOW that I DID EVERYTHING RIGHT (KEYPUNCHED) I PK10 ORDER, WENT TO 2ND PAGE

000144

PUT IN ALL NECESSARY INFORMATION, EVERYTHING WAS PERFECT, computer DID NOT REJECT, (CATCH) ANY ERRORS, EVERYTHING SEEMED FINE. ON MONDAY, MAD, SAID I messed up the ORDER & GAVE ME A 3 DAY suspension. I was shocked, I KNEW I DID EVERYTHING RIGHT, & MAD NEVER DID ~~NEVER~~ SHOW ME WHAT I DID WRONG. I SAID, I PUT IN ALL THE INFORMATION, KEYPUNCHED IT, & EVERYTHING WAS OK."

219-808-7904

## PAT BISHOP (SERGIO GARCIA

TELL THE TRUTH WHAT HE SAW & HEARD

DATE OF HIS WRITEUP - GRIEVANCE LETTER - WOULD HE WRITE LETTER OR STATEMENT ABOUT THESE ISSUES, WOULD HE PUT IT IN WRITING??

DID HE TALK TO SERGIO G.
I NEED SERGIO'S PHONE #

I NEED BISHOP'S LAWYER'S PHONE # FOR ADVICE.

DATE - HAR.
LETTER - OK
KEYS TO HARASSMENT DEAL - PAT - GO PU w/
BEGINNING OF END - PUC - DAY - PAT B. WRITEUP

000146

* FRUEHAUF'S CONFERENCE CALL - REL, MAD THEY LIED, THEY NEVER TALKED TO PAT B OR SERGIO ABOUT HARASSMENT. "THEY CLAIMED PAT B. & SERGIO HEARD NOTHING" A LIE