# EXHIBIT I

To: Tyler DeMien
CC: P. LaRocco, G. Rodriquez, Human Resources, Employee File, Foremen
From: R.E. Lunt
Subject: Suspension/Probation
Date: 12/21/06

Tyler,

On 12/21/2006, you were tardy causing you to reach six (6) points. In accordance to the Plant Attendance Policy put into effect in January of 1996, this is grounds for termination. The Company has given you numerous verbal and written warnings. You have received a minimum of four **Final Warnings** since August of 2005. I, personally, have spoken to you about you attendance problems but nothing has changed as evidenced by your point totals during the last six months.

The Union has pleaded for leniency in your case. The Company has decided to grant you a second and last chance under the following conditions:

> You must serve a three (3) day unpaid suspension (Friday, 12/22/2006 through Thursday, 12/28/2006). You will not be entitled to Holiday pay for 12/25 and 12/26/2006. When you return to work on Friday, 12/29/2006, you will begin a six (6) month probationary period during which you will be allowed to accumulate no more than one (1) point but at no time can you point total hit or exceed six (6) points again. All other conditions of the Attendance Policy must be adhered to. Your existing points will drop as the usual during the six (6) month rolling calendar.

Any violations of this agreement will result in your immediate and permanent termination. This agreement is not to be considered precedent setting.

_/s/ Randy E. Lunt_
Randy E. Lunt

_/s/ Tyler DeMien_
Tyler DeMien

_/s/ Peter LaRocco_
Peter LaRocco

C&B-Wingo00662

# EMPLOYEE REPORT FORM

DATE 5/10/05

NAME TYLER DE MIEN

SHIFT 2ND

COMMENTS 3 DAY SUSPENSION FOR LEAVING WORK WITHOUT PERMISSION. ON FRIDAY, 5/6/05 TYLER PUNCHED OUT AND LEFT WORK WITHOUT NOTIFYING HIS SUPERVISOR. ANY FUTURE VIOLATIONS WILL LEAD TO TERMINATION.

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT

☐ I DISAGREE WITH STATEMENT

RULE VIOLATION _____

☐ ORAL WARNING

☐ WRITTEN WARNING

☒ SUSPENSION 3 DAYS

☐ DISCHARGE

_Tyler DeMien_
EMPLOYEE SIGNATURE

_Andy E. Durst_
SUPERVISOR SIGNATURE

_____
STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy

C&B-Wingo00663