# EXHIBIT J

**COPPER AND BRASS SALES, INC.**
**CHICAGO BRANCH**

DATE: 07/10/07

MEMO TO: Eluterio Herrera

SUBJECT: Letter of Counsel Reference

This letter of counsel is to inform you that you were not wearing your safety gear this morning 7/10/07. You are advised to wear the Safety gear at all times during your work hours.

Further incidents of this nature may result in disciplinary action up to and possibly including discharge.

_____

Management                                             Employee

                                                       Witness

Copy: File
      Employee

*Kent Dep Ex #19*

C&B-Wingo00664

# EMPLOYEE REPORT FORM

DATE 10/4/07

NAME ELUTERIO HERRERA

SHIFT 3RD

COMMENTS WO's 457976 & 457983 LABELS WERE SWITCHED INADVERTENTLY CAUSING MISSED DELIVERIES AT EACH CUSTOMER LOCATION ON 10/3/07 AND LATE DELIVERIES ON 10/4/07. EACH WO WAS KEYPUNCHED WITHIN SECONDS OF EACH. CARE MUST BE TAKEN TO ATTACH THE CORRECT LABEL TO THE CORRECT MATERIAL.

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT            ☒ I DISAGREE WITH STATEMENT

RULE VIOLATION CATEGORY A - REPETITIVE ERRORS IN PROPERLY FILLING WORK ORDERS

☒ ORAL WARNING            ☐ SUSPENSION _____ DAYS
☐ WRITTEN WARNING        ☐ DISCHARGE

_____ EMPLOYEE SIGNATURE
_____ SUPERVISOR SIGNATURE
_____ STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy

C&B-Wingo00665