# EXHIBIT K

| Employee | DOB | Age |
|---|---|---|
| Alvarez, Mario E | 10/27/1960 | 47 |
| Amack, Lance D | 12/20/1943 | 63 |
| Beluso, Niven | 2/2/1986 | 21 |
| Berson, Bradley A | 6/9/1971 | 36 |
| p, Patrick D | 12/16/1976 | 30 |
| Cather Jr., Raymond V | 10/3/1980 | 27 |
| DeMien, Tyler R | 8/1/1985 | 22 |
| Falco, Anthony J | 1/10/1958 | 49 |
| Figueroa, Gerardo | 5/24/1972 | 35 |
| Flores, Arturo P | 1/10/1956 | 51 |
| Gagula, Gregorio G | 6/16/1958 | 49 |
| Garcia, Isidro | 1/16/1955 | 52 |
| Garcia, Sergio | 10/8/1963 | 44 |
| Grossman, Daniel | 4/21/1968 | 39 |
| Hernandez, Lizardo | 8/25/1972 | 35 |
| Herrera, Eluterio | 7/9/1964 | 43 |
| Ledesma Jr., Ronaldo | 7/29/1968 | 39 |
| Mack, David | 9/8/1986 | 21 |
| Martinez, Juan M | 10/11/1960 | 47 |
| O'Mahoney, Lawrence P | 3/30/1961 | 46 |
| Pataras, Primo B | 5/13/1972 | 35 |
| Perrone, Michael | 9/17/1973 | 34 |
| Prosser, Denny W | 4/1/1956 | 51 |
| Prosser, Jason D | 5/20/1978 | 29 |
| Pulido, Enrico | 10/22/1951 | 56 |
| Salcedo, Christopher W | 7/31/1986 | 21 |
| Sierra, Dimas B | 11/11/1961 | 46 |
| Silva, Carlos | 9/19/1973 | 34 |
| Somers, Christopher W | 8/16/1960 | 47 |
| ik, Frederick J | 1/18/1943 | 64 |
| ueza, Carlito O | 1/23/1962 | 45 |
| VanSelow, Thomas R | 10/17/1967 | 40 |
| Wingo, Robert G | 5/25/1953 | 54 |

C&B-Wingo00659