# EXHIBIT N

# EMPLOYEE REPORT FORM

DATE __12/3/07__

NAME __ROBERT WINGO__

SHIFT __1st__

COMMENTS __TERMINATION FOR FALSIFYING COMPANY RECORDS/DOCUMENTS. ON BOTH 11/28/07 AND 11/29/07, ROBERT TOOK CREDIT FOR COMPLETING WORK ORDERS ON HIS "DAILY PRODUCTION LOG" WHICH WERE COMPLETED BY OTHER EMPLOYEES. SEE ATTACHED RECORDS.__

**EMPLOYEE'S STATEMENT:**

☐ I AGREE WITH STATEMENT    ☐ I DISAGREE WITH STATEMENT

RULE VIOLATION __CLASS D VIOLATION - FALSIFYING COMPANY RECORDS.__

☐ ORAL WARNING    ☐ SUSPENSION ____ DAYS
☐ WRITTEN WARNING    ☒ DISCHARGE

__EMPLOYEE REFUSED TO SIGN__

EMPLOYEE SIGNATURE    SUPERVISOR SIGNATURE

STEWARD SIGNATURE

White – Office Copy    Pink – Supervisor Copy    Blue – Employee    Canary – Union Copy