# EXHIBIT O

# DAILY PRODUCTION LOG

DATE: 11-28   SHIFT: 1ST   STATION: PK

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | START / STOP TIME |
|---|---|---|---|---|---|
| 1 | 466674 | 1 | 12 | 6S FINISH | 6:45 |
| 2 | 466741 | 3 | 599 | NO W/O's 1ST 1/2hr | 7:15 |
| 3 | 464048 | 60 | 670 | PT MLW CLEANUP | 9:00 |
| 4 | 466788 | 12 | 509 | PT VAN | 7:50 |
| 5 | 4R2898 | 27 | 68 | PT MCR FIX GUN | 8:35 |
| 6 | 466829 | 1 | 890 | PT DET CUT 196" BP | 9:30 |
| 7 | 466135 | 2 | 20 | PT MSP | 9:45 |
| 8 | 466842 | 1 | 55 | PT TOL | 9:58 |
| 9 | 466838 | 2 | 111 | PT DET | 10:25 |
| 10 | 466703 | 15 | 355 | PT WAL ALL POSSIBLE | 10:50 |
| 11 | 466841 | 2 | 288 | PT TOL (RACKS EMPTY 11:30-1200) | 12:15 |
| 12 | 466857 | 72 | 1101 | OT | 12:22 |
| 13 | 466870 | 15 | 51 | PT ELK | 12:40 |
| 14 | 466871 | 8 | 34 | PT ELK | 12:55 |
| 15 | 466847 | 6 | 40 | PT ELK BAD QUARATINE | 1:22 |
| 16 | MEA 466844 | 3 | 133 | QUALITY of metal FIRE DRILL METAL | 2PM |
| 17 | MEA 466883 | 50 | 114 | set up/stamped Boxed REJECTED BAD | 2:20 |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| TOTALS | | | | | |

Name: RGW

Please Print Name

Dingo PT Dep Ex #35