# EXHIBIT P

# DAILY PRODUCTION LOG

DATE 11-29   SHIFT 1ST   STATION PK

| ITEMS | WORK ORDER | PCS. | POUNDS | COMMENTS/SPECIAL ASSIGNMENT | START / STOP TIME |
|---|---|---|---|---|---|
| 1 | 467001 | 10 | 15 | CLEANup | 6:25 |
| 2 | 466917 | 6 | 71 |  | 6:40 |
| 3 | 466670 | 4 | 17 | NEED more stock | 8:40 |
| 4 | 467002 | 10 | 15 |  | 7:07 |
| 5 | 466577 | 2 | 20 |  | 7:31 |
| 6 | 466955 | 6 | 192 | * 6S - FINISH (9AM) COPIES | 8:17 |
| 7 | 467025 | 16 | 1103 | check weights | 9:35 |
| 8 | 467025 | 14 | 965 | weigh up | 9:40 |
| 9 | 467025 | 14 | 966 |  | 9:45 |
| 10 | 467040 | 8 | 54 |  | 10:02 |
| 11 | 463914 | 5 | 230 |  | 10:20 |
| 12 | 463914 | 18 | 832 |  | 10:30 |
| 13 | 467046 | 21 | 1050 | MAKE 3 Bdls. 500 max | 11:50 |
| 14 | 467038 | 2 | 7 |  | 12:10 |
| 15 | 467022 | 50App | 2202 |  | 12:40 |
| 16 | 467022 | 50App | 2104 |  | 12:40 |
| 17 | 467056 | 3 | 97 |  | 12:50 |
| 18 | 467052 | 38 | 202 | BOX & MEASURE 144min | 1:30 |
| 19 | 467068 | 26 | 1022 |  | 2:10 |
| 20 MEA | 467112 | 76 | 341 | BOX | 225 |
| IG tot | 467012 | 21 | 1027 | - WRONG SIZE PULLED - TOLD ARTIE |  |

Name RGW

Please Print Name

Sligo Dep Ex. #37