IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WINGO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 368 |
| | ) | |
| vs. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| THYSSENKRUPP MATERIALS NA, INC., | ) | |
| db/a/ COPPER and BRASS SALES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S APPENDIX IN RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | Exhibit | Description |
|---|---|---|
| 1. | Exhibit A | Deposition of Robert G. Wingo Dated May 19, 2008 |
| 2. | Exhibit B | Deposition of Mario Alvarez Dated June 12, 2008 |
| 3. | Exhibit C | Deposition of Randy E. Lunt Dated May 29, 2008 |
| 4. | Exhibit D | Deposition of Mark DeMien Dated June 12, 2008 |
| 5. | Exhibit E | Deposition of Patrick Bishop Dated May 30, 2008 |
| 6. | Exhibit F | Deposition of Pete LaRocco Dated May 29, 2008 |
| 7. | Exhibit G | Deposition of Mark Pucalik Dated May 30, 2008 |
| 8. | Exhibit H | Wingo Deposition Ex. 38 Handwritten Notes from December 4, 2007 meeting with Bill Fruehauf |

| | | |
|---|---|---|
| 9. | Exhibit I | Lunt Deposition Ex. 18<br>Tyler DeMien Discipline |
| 10. | Exhibit J | Lunt Deposition Ex. 19<br>Eluterio Herrera Discipline |
| 11. | Exhibit K | Lunt Deposition Ex. 2<br>List of Employees |
| 12. | Exhibit L | Lunt Deposition Ex. 6<br>Warehouseman Job Description |
| 13. | Exhibit M | Lunt Deposition Ex. 5<br>Work and Safety Rules |
| 14. | Exhibit N | Wingo Deposition Ex. 36<br>December 3, 2007 Employee Report Form |
| 15. | Exhibit O | Wingo Deposition Ex. 35<br>November 28, 2007 Daily Production Log |
| 16. | Exhibit P | Wingo Deposition Ex. 37<br>November 29, 2007 Daily Production Log |
| 17. | Exhibit Q | Wingo Deposition Ex. 7<br>Complaint filed January 16, 2008 |
| 18. | Exhibit R | Defendant's Supplemental Answer to Plaintiff's First Set of Interrogatories and First Requests to Produce |
| 19. | Exhibit S | Defendant's Answer to Complaint and Affirmative Defenses |