IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT G. WINGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:08:CV-00368 |
| | ) | |
| THYSSENKRUPP MATERIALS NA, INC., | ) | Honorable Samuel Der-Yeghiayan |
| d/b/a COPPER and BRASS SALES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**INDEX OF EXHIBITS TO**
**REPLY MEMORANDUM IN SUPPORT OF**
**<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

<u>Exhibit</u>    <u>Description</u>

A    *Anthony Dinkins v. Varsity Contractors, Inc.*
     No. 04 C 1438, 2005 WL 599979 (N.D. Ill. March 10, 2005)

B    Correspondence from Russel Linden to Lisa Kane dated May 12, 2008

C    *Dunn v. Old Republic Life Insurance Co.*
     No. 97 C 4994, 1999 WL 65051 (N.D. Ill. February 5, 1999)

D    *Parries v. Makino, Inc.*
     No. 03-4173, 2005 WL 2175920 (6th Cir. July 21, 2005)

E    *James Ferguson v. Foster Wheeler Constructors, Inc. et al*
     No. 98 C 1601, 1999 WL 528196 (N.D. Ill. July 12, 1999)