IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT G. WINGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08:CV-00368 |
| ) | |
| THYSSENKRUPP MATERIALS NA, INC., ) | Honorable Samuel Der-Yeghiayan |
| d/b/a COPPER and BRASS SALES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**APPENDIX OF EXHIBITS CITED IN DEFENDANT'S RESPONSE TO PLAINTIFF'S
LOCAL RULE 56.1(b) STATEMENT OF ADDITIONAL FACTS**

| Exhibit | Description |
|---|---|
| A | Declaration of Mark Demien |
| B | Declaration of Pete LaRocco |
| C. | Robert Wingo Deposition |
| D. | Randy Lunt Deposition |
| E. | Mark DeMien Deposition |
| F. | Mario Alvarez Deposition |
| G. | Mark Pucalik Deposition |

                                  Respectfully submitted,

DATED:  August 8, 2008         THYSSENKRUPP MATERIALS NA, INC.,
                                  d/b/a Copper and Brass Sales, Inc.


                                By:    /s Russell S. Linden
                                       One of its Attorneys


Russell S. Linden
Admitted *pro hac vice*
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226
(313) 465-7466

Jeffrey S. Piell, Esq.
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661
(312) 715-5000

## CERTIFICATE OF SERVICE

RUSSELL S. LINDEN states that on August 8, 2008, he caused a copy of **Appendix of Exhibits Cited in Defendant's Response to Plaintiff's Local Rule 56.1(b) Statement of Additional Facts,** along with this **Certificate of Service**, to be served via the electronic notification system of the United States District Court for the Northern District of Illinois Eastern Division to the e-mail address listed below:

Lisa Kane, Esq.
Lisa Kane & Associates, P.C.
lisakane@sbcglobal.net

                                                s/Russell S. Linden
                                                RUSSELL S. LINDEN

DETROIT.3264099.1