# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

ROBERT G. WINGO,                )
          Plaintiff,            )
     vs.                        ) No. 08 C 368
THYSSENKRUPP MATERIALS NA,      )
INC., d/b/a COPPER AND BRASS,   )
          Defendant.            )

      Deposition of RANDY E. LUNT, called for examination, taken pursuant to notice, agreement and by the provisions of the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before PATRICIA A. ARMSTRONG, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter, No. 084-1766, of said state, taken at 29 South LaSalle Street, Chicago, Illinois, on the 29th day of May, 2008 at 7:30 a.m.

1  Q. What undergraduate degree do you
2  hold?
3  A. Bachelor's in business.
4  Q. Is your Bachelor's Degree a Bachelor
5  of Arts or Bachelor of Science?
6  A. Bachelor of Science.
7  Q. When did you receive your Bachelor's
8  Degree?
9  A. Excuse me?
10 Q. When did you receive your Bachelor's
11 Degree?
12 A. 1997.
13 Q. From what institution did you receive
14 your Bachelor's Degree?
15 A. University of Illinois, Chicago.
16 Q. Do you hold any professional licenses
17 or certifications?
18 A. No.
19 Q. Are you currently employed by Copper
20 and Brass Sales?
21 A. Yes.
22 Q. When did you begin your employment
23 with Copper and Brass Sales?
24 A. July 1994.

1  on years of service, there is progressive
2  increases from a warehouseman with zero years of
3  experience versus two years of experience.
4           It has escalated a little bit for
5  machine operators and for helpers, the time lines
6  are a little bit shorter.
7  BY MS. WEGNER:
8       Q.   How is it that management at Copper
9  and Brass Sales at the location at which you are
10 the plant manager determine which Union employees
11 work in a specific job position or job
12 classification?
13      A.   When you say "job classification,"
14 you are talking warehouseman versus machine
15 operator?
16      Q.   Yes.
17      A.   It's done through a bidding process
18 per the contract.
19      Q.   And how is it that management at the
20 Copper and Brass Sales plant that you manage
21 determines which Union employees work in a
22 specific job classification within the warehouse
23 classification?
24      A.   If all warehousemen, which ones we

1  pick to work, say, RBW versus -- it's done
2  strictly who has the capability to do the job
3  best. We are looking at maximizing our
4  efficiencies and our productivity.
5         It's also based on the fact that we
6  consider warehousemen as a pool of labor from
7  which we pick on, so we will pick the most
8  efficient RBW employee versus PVC versus packer
9  versus whatever on that and arrange accordingly.
10    Q.   Is there a specified training period
11 for warehouse persons within those specific job
12 positions?
13    A.   From one classification to another,
14 30 days is a standard training. But that's just
15 to move from, say, a helper to a warehouse
16 position.
17         There is so much knowledge that
18 overlaps from whether you are packing at the sheet
19 station, packing at the packaging station or
20 packing at RBW, 90 percent of that is the same,
21 it's repetitive.
22         So it requires very little training
23 to move from one area to another.
24    Q.   To your knowledge, how many of the

1   and probation, they are a letter of probation.

2        Q.   You are familiar with Tyler DeMien?

3        A.   Yes, I am.

4        Q.   To your knowledge, in late 2007, was
5   Tyler DeMien doing the side loader operator
6   functions at the Schaumburg facility?

7        A.   Yes.

8        Q.   And in late 2007, prior to
9   Mr. Wingo's termination was Tyler DeMien working
10  the third shift operating the side loader?

11       A.   Correct.

12       Q.   Tyler is related to Mark?

13       A.   Yes.

14       Q.   Mark is Tyler's father?

15       A.   Yes.

16       Q.   And Mark DeMien is the supervisor on
17  the first shift?

18       A.   The first shift, correct.

19       Q.   There are occasions when Mark DeMien
20  would supervise his son Tyler?

21       A.   There is some overlap, yes.

22       Q.   Isn't it true that there is a policy
23  at Copper and Brass Sales that relatives should
24  not supervise each other?

1　　　A.　　I believe that policy was implemented

2　after Tyler was hired. But it was brought to my

3　attention from my vice president that it will

4　never happen again.

5　　　Q.　　I'm sorry. So are you indicating

6　there was an exception made with respect to Mark

7　DeMien supervising his son Tyler at Copper and

8　Brass Sales?

9　　　MR. DISBROW:　Objection; mischaracterizes

10　testimony.

11　BY THE WITNESS:

12　　　A.　　I did not say that.

13　BY MS. WEGNER:

14　　　Q.　　Exhibit No. 18 contains a suspension/

15　probation notice dated December 21, 2006, the

16　first page.

17　　　MR. DISBROW:　That's what I was just

18　getting at, you are dealing specifically with the

19　first page only; correct?

20　　　MS. WEGNER:　Yes.

21　BY MS. WEGNER:

22　　　Q.　　Does the suspension/probation notice

23　that is the first page Exhibit 18 state that Tyler

24　DeMien had received numerous verbal and written