# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


ROBERT G. WINGO,                    )

            Plaintiff,              )

     vs.                            )   No.  08 CV 368

THYSSENKRUPP MATERIALS NA,          )

INC., d/b/a COPPER AND BRASS        )

SALES,                              )

            Defendants.             )


  43


        The deposition of MARK PUCALIK, called by the

Plaintiff for examination, pursuant to notice, and

pursuant to the provisions of the Code of Civil Procedure

of the State of Illinois and the Rules of Supreme Court

thereof pertaining to the taking of depositions for the

purpose of discovery, taken before ROSE MARIE WEBER, a

Certified Shorthand Reporter for the State of Illinois,

at 29 South LaSalle Street, Suite 610, Chicago, Illinois,

commencing on the 30th day of May, A.D. 2008, at the hour

of 11:00 o'clock a.m.

```
 1      A.    Yes.

 2      Q.    How much time would you say in a week

 3  or a day, whatever makes sense to you, did you see

 4  Mr. Wingo working?

 5      A.    A few minutes.

 6      Q.    A few minutes a day?

 7      A.    Yeah, because I'm not there.  I'm

 8  somewhere else.

 9      Q.    So, you don't have any personal

10  knowledge about how he conducted his job on a daily

11  basis or weekly basis then?

12      A.    No, I wasn't his supervisor.

13      Q.    When mistakes are made on work orders

14  or otherwise, do employees receive discipline for

15  making those types of mistakes?

16                MS. WEGNER:  Objection.  Calls

17  for speculation, also form and foundation.

18                MR. DISBROW:  You can answer.

19                THE WITNESS:  Yes.

20  BY MR. DISBROW:

21      Q.    That's not out of the ordinary for an

22  employee who makes a work order or other type of

23  mistake, to receive some sort of discipline?

24                MS. WEGNER:  Same objection.
```